1  Patrick J. Gorman (SBN 131138)
   **WILD CARTER & TIPTON**
2  246 W. Shaw Ave.
   Fresno, California 93704
3  Telephone: (559) 224-2131
   Facsimile: (559) 229-7295
4  E-mail: pgorman@wctlaw.com

5  Robert A. Curtis (SBN 203870)
   **FOLEY BEZEK BEHLE & CURTIS, LLP**
6  15 West Carrillo Street
   Santa Barbara, California 93101
7  Telephone: (805) 962-9495
   Facsimile: (805) 962-0722
8  E-mail: rcurtis@foleybezek.com

9  Attorneys for Plaintiff The Chuck Olsen Company, Inc. and Third Party Defendants Chuck Olsen and Dave Perez

10

11                 UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13                         WESTERN DIVISION

14

15  THE CHUCK OLSEN CO., INC.,         )  Case No: CV13-05062-DMG
    a California Corporation            )
                                        )  **STIPULATION FOR:**
16              Plaintiff,              )
                                        )  1) **DISMISSAL OF PLAINTIFF, THE**
17      v.                              )     **CHUCK OLSEN CO., INC., FROM THE**
                                        )     **THIRD PARTY COMPLAINT**
18  F.P.D., INC. a California corporation; and  )  **WITHOUT PREJUDICE; AND**
    JOSEPH BALCOM, an individual,       )
19                                      )
                Defendants.             )  2) **ADDITIONAL DAYS FOR THIRD**
20                                      )     **PARTY DEFENDANTS CHUCK**
                                        )     **OLSEN AND DAVE PEREZ TO**
21                                      )     **RESPOND TO THIRD PARTY**
    AND RELATED CROSS-ACTIONS           )     **COMPLAINT**
22                                      )

23          Defendants and Third Party Plaintiffs F.P.D, Inc. and Joseph Balcom and Third
24  Party Defendants The Chuck Olsen Co., Inc., Chuck Olsen and Dave Perez (jointly referred to as
25  the "Parties"), subject to the Court's approval, hereby stipulate and agree as follows:
26  ///
27  ///
28

---

Stipulation Additional Days to Response and Dismissal of the Chuck Olsen From the Third Party Complaint

**Background**

1. On July 15, 2013, The Chuck Olsen Co., Inc. filed its complaint against F.P.D., Inc. and Joseph Balcom.

2. On September 20, 2013, F.P.D., Inc. and Joseph Balcom filed their answer and a counter-claim against The Chuck Olsen Co., Inc.

3. On October 4, 2013, F.P.D., Inc. and Joseph Balcom, as Third Party Plaintiffs, filed their Third Party Complaint against The Chuck Olsen Co., Inc., Chuck Olsen, Dave Perez and Joseph Pisciotta. Third Party Defendants' response (other than Joseph Pisciotta) is due on or before November 26, 2013.

**Stipulation and Request**

4. The parties have met and conferred about whether The Chuck Olsen Co., Inc. is a proper third party defendant given its status as the plaintiff in the action. The parties have agreed that The Chuck Olsen Company, Inc. be dismissed from the Third Party Complaint, without prejudice.

5. Counsel for The Chuck Olsen Company, Inc., Chuck Olsen and Dave Perez recently associated in counsel from Southern California. Additional time is necessary in order for the newly associated counsel to become familiar with the case and assist in the preparation of Chuck Olsen and Dave Perez's response to the Third Party Complaint. The parties have agreed, subject to this Court's approval, to allow Chuck Olsen and Dave Perez 10 additional days, up to and including December 6, 2013, to file their responsive pleadings to the Third Party Complaint.

6. The extension of time will also allow additional days for the parties to meet and confer regarding the claims asserted against Chuck Olsen and Dave Perez in the Third Party Complaint.

7. Good cause exists to allow the few additional days for the response, so that the parties can meet and confer about issues raised in the Third Party Complaint.

///

///

**Background**

1. On July 15, 2013, The Chuck Olsen Co., Inc. filed its complaint against F.P.D., Inc. and Joseph Balcom.

2. On September 20, 2013, F.P.D., Inc. and Joseph Balcom filed their answer and a counter-claim against The Chuck Olsen Co., Inc.

3. On October 4, 2013, F.P.D., Inc. and Joseph Balcom, as Third Party Plaintiffs, filed their Third Party Complaint against The Chuck Olsen Co., Inc., Chuck Olsen, Dave Perez and Joseph Pisciotta. Third Party Defendants' response (other than Joseph Pisciotta) is due on or before November 26, 2013.

**Stipulation and Request**

4. The parties have met and conferred about whether The Chuck Olsen Co., Inc. is a proper third party defendant given its status as the plaintiff in the action. The parties have agreed that The Chuck Olsen Company, Inc. be dismissed from the Third Party Complaint, without prejudice.

5. Counsel for The Chuck Olsen Company, Inc., Chuck Olsen and Dave Perez recently associated in counsel from Southern California. Additional time is necessary in order for the newly associated counsel to become familiar with the case and assist in the preparation of Chuck Olsen and Dave Perez's response to the Third Party Complaint. The parties have agreed, subject to this Court's approval, to allow Chuck Olsen and Dave Perez 10 additional days, up to and including December 6, 2013, to file their responsive pleadings to the Third Party Complaint.

6. The extension of time will also allow additional days for the parties to meet and confer regarding the claims asserted against Chuck Olsen and Dave Perez in the Third Party Complaint.

7. Good cause exists to allow the few additional days for the response, so that the parties can meet and confer about issues raised in the Third Party Complaint.

///

///

1  ITS IS STIPULATED AND AGREED, by and between the parties, and subject to the Courts'
2  approval, that:
3      1.  The Chuck Olsen Company, Inc. be dismissed from the Third Party
4  Complaint, without prejudice; and
5      2.  Chuck Olsen and Dave Perez's deadline to respond to the Third Party
6  complaint shall be extended from November 26, 2013 to December 6, 2013.

7

8  Dated: November 27, 2013          REMER, DIVINCENZO &
                                      GRIFFITH

10                                    _____
                                      JOSEPH P. DiVINCENZO
11                                    Attorneys for F.P.D, Inc. and Joseph
                                      Balcom

15  Dated: November 27, 2013         WILD, CARTER & TIPTON

17                                    _____
                                      PATRICK J. GORMAN
18                                    Attorneys for The Chuck Olsen Co.,
                                      Inc., Chuck Olsen & Dave Perez

## Certificate of Service

      I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on the day, November 27, 2013.

                                                                  /s/ Mary C. Cooper
                                                                   Mary C. Cooper