1  Patrick J. Gorman (SBN 131138)
   **WILD CARTER & TIPTON**
2  246 W. Shaw Ave.
   Fresno, California 93704
3  Telephone: (559) 224-2131
   Facsimile: (559) 229-7295
4  E-mail: pgorman@wctlaw.com

5  Robert A. Curtis (SBN 203870)
   **FOLEY BEZEK BEHLE & CURTIS, LLP**
6  15 West Carrillo Street
   Santa Barbara, California 93101
7  Telephone: (805) 962-9495
   Facsimile: (805) 962-0722
8  E-mail: rcurtis@foleybezek.com

9  Attorneys for Plaintiff The Chuck Olsen Company, Inc. and Third Party Defendants Chuck Olsen and Dave Perez

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California Corporation,           Plaintiff, v. F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual,           Defendants. _____ AND RELATED CROSS-ACTIONS _____ | Case No: CV13-5062-DMG **ORDER FOR:** **CONTINUANCE OF SCHEDULING CONFERENCE [30]** |

The Scheduling Conference was initially scheduled for December 27, 2013. On December 10, 2013, on the Court's own motion, the conference was continued to January 3, 2014.

Counsel for plaintiff and third party defendants, Patrick J. Gorman and Robert A. Curtis will both be on vacation the week of January 3, 2014 and unable to attend the scheduling conference.

---

Order for Continuance of Scheduling Conference

1    It is requested by the parties that the scheduling conference be continued to
2    January 10, 2014 at 11:00 a.m.

### ORDER

IT IS SO ORDERED that the scheduling conference be continued to January 10, 2014 at 11:00 a.m.

Dated:  December 23, 2013

*[signature]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

2

Order for Continuance of Scheduling Conference