```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES - GENERAL
```

Case No. CV 13-5062-DMG(Ex)           Date: September 3, 2014

Title: THE CHUCK OLSEN CO., INC. V. F.P.D. INC., et al.
==================================================================
DOCKET ENTRY


==================================================================
PRESENT:
        HON. CHARLES F. EICK, MAGISTRATE JUDGE


       Stacey Pierson                          Courtsmart
       Deputy Clerk                          Court Reporter


ATTORNEYS PRESENT FOR PLTFS:       ATTORNEYS PRESENT FOR DEFTS:

    Bruce Brown                        Joseph DiVincenzo
    Patrick Gorman


PROCEEDINGS: SETTLEMENT CONFERENCE

        Case called. Counsel make their appearances. The
    Court hears discussion. Parties retire to chambers to
    proceed with the settlement conference.

        Settlement is not reached.




                                    initials of Deputy Clerk sp