Patrick J. Gorman (SBN 131138)
**WILD CARTER & TIPTON**
246 W. Shaw Ave.
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: pgorman@wctlaw.com

Robert A. Curtis (SBN 203870)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722
E-mail: rcurtis@foleybezek.com

Attorneys for Plaintiff The Chuck Olsen Company, Inc. and Third Party Defendants Chuck Olsen and Dave Perez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual,<br><br>　　　　　　Defendants.<br><br>_____<br><br>AND RELATED CROSS-ACTIONS<br>_____ | Case No: CV13-05062-DMG<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

　　　　Pursuant to the Court's Scheduling and Case Management Order dated January 7, 2014, all parties and their attorneys participated in a mandatory settlement conference held on September 3, 2014 in Courtroom 20 before the Honorable Charles F. Eick.

　　　　No settlement was reached at the conference. The parties are still communicating about settlement.

2

3    Dated: September 5, 2014                                        WILD, CARTER & TIPTON

4

5                                                        /s/ Patrick J. Gorman
                                                              PATRICK J. GORMAN
                                                              Attorneys for The Chuck Olsen Co.,
6                                                              Inc., Chuck Olsen & Dave Perez

9

10   Dated: September 5, 2014                                      REMER, DIVINCENZO &
11                                                              GRIFFITH

12                                                            /s/ Joseph P. DiVincenzo
                                                           JOSEPH P. DiVINCENZO
13                                                            Attorneys for F.P.D, Inc. and Joseph
                                                           Balcom

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on the day, September 5, 2014.

      /s/ Mary Cooper
      Mary Cooper

Joint Status Report re Settlement