**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>F.P.D., INC., a California corporation; and JOSEPH BALCOM, an individual,<br><br>　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. CV13-05062-DMG(Ex)<br><br>**ORDER EXTENDING TIME [61]** |

The Court, having considered the parties' Stipulation to Extend Deadline for Filing Pretrial Conference Documents filed by counsel, and good cause appearing,

**IT IS ORDERED** that all pretrial documents shall be filed by September 23, 2014.

DATED: September 17, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE