Joseph P. DiVincenzo-Bar #65649
REMER, DIVINCENZO & GRIFFITH
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2121 EAST PACIFIC COAST HIGHWAY, SUITE 280
CORONA DEL MAR, CALIFORNIA 92625
(949) 759-0781/(949) 759-0788 Facsimile
j.divincenzo@rdgattorneys.com

Attorneys for Defendants, CounterClaimants and Third Party Plaintiffs, F.P.D., Inc. and Joseph Balcom

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>F.P.D., INC., a California corporation; and JOSEPH BALCOM, an individual,<br><br>                    Defendants.<br>_____<br><br>AND RELATED CROSS-ACTIONS<br>_____ | CASE NO. CV13-05062-DMG-E<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST JOSEPH PISCIOTTA**<br><br>**FILED CONCURRENTLY WITH THE DECLARATION OF JOSEPH P. DIVINCENZO** |

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Third Party Plaintiffs, F.P.D., Inc. ("FPD") and Joseph Balcom ("Balcom"), request that the Clerk enter the default of the Third Party Defendant, Joseph Pisciotta, for failure to plead or otherwise defend this action in a timely manner.

        1.     As evidenced by the Proof of Service on file with this Court as Document number 58, Joseph Pisciotta was served pursuant to Order of this Court dated July 24, 2014, by Publication, with publication complete on August 21, 2014.

2. The applicable time limit for Joseph Pisciotta to appear, or otherwise respond to this action, expired on September 10, 2014.

3. The above named Third Party Defendant has failed to plead or otherwise respond to the complaint.

4. This Application for Entry of Default is supported by the concurrently filed Declaration of Joseph P. DiVincenzo.

Wherefore, Third Party Plaintiffs, FPD and Balcom, pray that Default be entered against Third Party Defendant, Joseph Pisciotta on the Third Party Complaint herein.

Respectfully submitted.

Dated: September 18, 2014

REMER, DiVINCENZO & GRIFFITH
A Professional Corporation

By: _____
JOSEPH P. DiVINCENZO
Attorneys for Defendants, Counter-Claimants and Third Party Plaintiffs, F.P.D., Inc. and Joseph Balcom

The Chuck Olsen Co. V. FPD, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2121 E. Coast Highway, Suite 280, Corona del Mar, California 92625.

On **September 16, 2014**, I caused to be served the foregoing document(s) described as **APPLICATION FOR ENTRY OF DEFAULT AGAINST JOSEPH PISCIOTTA** on the interested parties in this action by electronically filing this document, if required by the court in its Electronic Case Filing Program, and/or by placing the true and correct copies thereof enclosed in sealed envelopes as addressed as follows:

| | |
|---|---|
| Patrick J. Gorman, Esq.<br>WILD, CARTER & TIPTON<br>246 West Shaw Avenue<br>Fresno, CA 93704<br>559-224-2131<br>559-229-7295<br>pgorman@wctlaw.com<br>Counsel for The Chuck Olsen Company,<br>Chuck Olsen, Dave Perez | Robert A. Curtis, Esq.<br>FOLEY, BEZEK BEHLE & CURTIS, LLP<br>15 W. Carrillo St.<br>Santa Barbara, CA 93101<br>805-962-9495 Phone<br>805-962-0722 Fax<br>rcurtis@foleybezek.com |
| Mr. Joseph Pisciotta<br>300 San Juan Avenue #5<br>Venice, CA 90291<br>**VIA U.S MAIL ONLY** | |

[x] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT MAIL:** I delivered a copy of this document(s) to an authorized courier or driver authorized by Golden State Overnight, an express service carrier to receive documents, in an envelope or package designated by Golden State Overnight with delivery fees paid or provided.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the office's of the addressee.

[ ] **BY ELECTRONIC TRANSFER/VIA FACSIMILE:** I caused all of the pages of the above-entitled document(s) to be sent to the recipients noted via electronic transfer (FAX) at the respective facsimile numbers indicated.

[ ] **BY ELECTRONIC TRANSMISSION**: I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) where indicated.

[x] **BY ELECTRONIC TRANSMISSION/COURT**: I transmitted a PDF version of this document by electronic mail to the party(s) identified on the service list using the e-mail address(es) and procedure provided pursuant to the Court's Electronic Filing Notification System.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **September 18, 2014**, at Corona del Mar, California.

*Renee M. Bell*
Renee M. Bell