**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual,<br><br>           Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: CV13-05062-DMG<br><br>**ORDER FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL DATES [86]** |

THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The Final Pretrial Conference currently scheduled for May 5, 2015 is continued **to July 28, 2015 at 4:00 p.m.**  The Trial scheduled to commence on May 29, 2015 is continued to **August 25, 2015 at 8:30 a.m.** and shall be concluded within three days.  Pre-trial documents shall be filed by July 7, 2015.

DATED:  April 14, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-

Order to Continue Pretrial Conference and Trial