Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
e-mail: pgorman@wctlaw.com

Robert A. Curtis (SBN 203870)
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 962-0722
Email: rcurtis@foleybezek.com

Attorneys for Plaintiff The Chuck Olsen Company, Inc. and Third Party Defendants Chuck Olsen and Dave Perez

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: CV13-05062-DMG<br><br>**DECLARATION OF PATRICK J. GORMAN REGARDING JOINT PRETRIAL SUBMISSIONS**<br><br>Pretrial Conference Date: July 28, 2015<br>Time: 4:00 p.m.<br>Ctrm: 7 – 2nd Floor<br>Judge: Dolly M. Gee<br><br>Trial: August 25, 2015 |

I, Patrick J. Gorman, declare and state as follows:

1. I am an attorney at law duly admitted to practice before the United States District Court, Central District of California. I am a member of Wild, Carter & Tipton, a Professional Corporation, co-counsel of record herein for The Chuck Olsen Co., Inc. I have personal knowledge of each of the following facts. I can and would competently testify to the following

facts if called to do so.

2. <u>ATTEMPTS TO SCHEDULE MEET AND CONFER SESSION WITH OPPOSING COUNSEL.</u>

On May 29, 2015, I sent an email to FPD's counsel, Joseph DiVincenzo, seeking to schedule a meet and confer session with Olsen's lead trial counsel, Robert Curtis, whose office is located in Southern California. I provided Mr. DiVincenzo with 11 dates in June that were available to meet and confer. I did not receive a response to my email. I sent a follow up email to Mr. DiVincenzo on June 8, 2015. He responded later that day stating that he was "attempting to clear one of the dates on my calendar." I heard nothing further from Mr. DiVincenzo until approximately 5:19 p.m. on July 2, 2015 when he sent an email to me and Robert Curtis and attached his revised Pre-trial Conference Order, revised Joint Witness Statement, revised Joint Exhibit Stipulation and revised Joint Exhibit List. This email was sent the evening before the three day Fourth of July holiday. My office was closed on July 3rd. Robert Curtis is currently on vacation out of state. In his email of July 2, 2015, Mr. DiVincenzo offered to be available to discuss his proposed changes on July 6, 2015 after 11:00 a.m. This was the day before the joint filings are due. I informed Mr. DiVincenzo in the morning of July 7, 2015 that under the circumstances I would not be making any of his proposed revisions since there was no real opportunity to meet and confer regarding them.

3. Pursuant to the order of the Court and applicable local rules, the joint pretrial submissions are due to be filed on July 7, 2015. They are as follows:

a) (Proposed) Pretrial Conference Order – that was previously filed on January 13, 2015. (DOC No. 80.)

b) Joint Witness List and Trial Estimate – the current draft, filed herewith, is unsigned by FPD's counsel. FPD's counsel had the revised draft in his possession since January 8, 2015.

c) Joint Exhibit List and Pretrial Exhibit Stipulation – the current draft, filed herewith, was provided to FPD's counsel on January 21, 2015. Olsen's objections to FPD's

1 exhibits are incomplete because FPD has not provided us with a complete set of their exhibits,
2 despite requests. FPD has had a complete set of Olsen's exhibits since January 8, 2015.
3       d) Joint Agreed Statement – the parties exchanged versions of the statement
4 in January and were unable to reach an agreement as to the final content at that time. Since the
5 meet and confer did not take place, Olsen's proposed Agreed Statement is filed herewith.
6       e) Joint Statement of Jury Instructions and Disputed Instructions. Counsel
7 for FPD was provided with Olsen's jury instructions and verdict forms on January 23, 2015. To
8 date, FPD has not provided Olsen with its proposed jury instructions and verdict forms. As a
9 result, Olsen is unable to provide a list of its objections to FPD's proposed instructions. Olsen
10 has not received any objections to the instructions that were provided to FPD's counsel in
11 January.
12     4. Olsen's Pretrial Submissions:
13       a. Memorandum of Contentions of Fact and Law – previously filed on
14 January 13, 2015 and unchanged (DOC. No 79.)
15       b. Jury Instructions and Verdict Forms – filed herewith.
16       c. Voir Dire Questions – filed herewith.
17       d. Motion in Limine No. 1 – previously filed on January 13, 2015 and
18 unchanged (DOC. No. 76.)
19       e. Motion in Limine No. 2 – previously filed on January 13, 2015 and
20 unchanged (DOC. No. 77.)
21       f. Motion in Limine No. 3 – previously filed on January 13, 2015 and
22 unchanged (DOC No. 78.)
23       g. Olsen's Opposition to FPD's Motion in Limine No. 1 – filed herewith.
24
25     I declare under penalty of perjury that the foregoing is true and correct.
26 Executed at Fresno, California on July 7, 2015.
27                 /s/ Patrick J. Gorman
28                 PATRICK J. GORMAN

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

-3-

Declaration of Patrick J. Gorman Regarding Joint Pretrial Submissions

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, July 7, 2015.

/s/ Mary Cooper
Mary Cooper