Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
e-mail: pgorman@wctlaw.com
Attorneys for Plaintiff, The Chuck Olsen Company, Inc.
and Third Party Defendants Chuck Olsen and Dave Perez

Robert A. Curtis (SBN 203870)
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 962-0722
Email: rcurtis@foleybezek.com

Joseph P. DiVincenzo, Esq. (SBN 65649)
REMER, DIVINCENZO & GRIFFITH
2121 E. Pacific Coast Hwy., Ste. 280
Corona Del Mar, CA 92625
949-759-0781/949-759-0788
Email: j.divincenzo@rdgattorneys.com
Attorneys for Defendants, Counterclaimants and Third Party Plaintiffs
F.P.D., Inc. and Joseph Balcom

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual<br><br>Defendants. | Case No.: CV13-05062-DMG<br><br>**JOINT WITNESS DISCLOSURE PURSUANT TO LOCAL RULE 16.5**<br><br>Pretrial Conference Date: July 28, 2015<br>Time: 4:00 p.m.<br>Ctrm: 7 – 2nd Floor<br>Judge: Dolly M. Gee<br><br>Trial: August 25, 2015 |

AND RELATED CROSS-ACTIONS

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and (B), and Local Rule 16.5, the parties identify the following witnesses who they expect to testify at trial. Pursuant to Local Rule 16.5, witnesses marked with an asterisk(*) may be called by Plaintiff only if the need arises.

PLAINTIFF IDENTIFIES THE FOLLOWING WITNESSES:

1. Chuck Olsen – Chuck Olsen may be contacted through OLSEN's counsel of record, WILD, CARTER & TIPTON.

2. Dave Perez – Dave Perez may be contacted through OLSEN's counsel of record, WILD, CARTER & TIPTON.

3. Jeff Olsen – Jeff Olsen may be contacted through OLSEN's counsel of record, WILD, CARTER & TIPTON.

4. Sylvia Ann Villegas – Sylvia AnnVillegas may be contacted through OLSEN's counsel of record, WILD, CARTER & TIPTON.

5. Tommie Sue Nunes – Tommie Sue Nunes may be contacted through OLSEN's counsel of record, WILD, CARTER & TIPTON.

6. Ashley McKenna – Ashley McKenna may be contacted through OLSEN's counsel of record, WILD, CARTER & TIPTON.

7. Carla Dodd (*) – 10439 Shellabarger Road, Bakersfield, CA 93312.

8. Joseph Balcolm.

9. Ivo Skorin (*) – HPL-APOLLO, LLC, 5330 W. 102nd Street, Los Angeles, CA 90045

10. Deputy Alejandro Bocanegra (*) – Los Angeles County Sheriff's Department, 21356 S. Avalon, Carson, CA 90745.

F.P.D., INC. AND JOSEPH BALCOM IDENTIFY THE FOLLOWING WITNESSES:

1. Joseph Balcom, President of FPD, Inc., contact through Joseph DiVincenzo, Esq.,
2. Chuck Olsen, President of The Chuck Olsen Company, Inc., contact through Olsen's counsel of record, Wild, Carter & Tipton;
3. Jeff Olsen, of The Chuck Olsen Company, Inc., contact through Olsen's counsel of record, Wild, Carter & Tipton;
4. David Perez, of The Chuck Olsen Company, Inc., contact through Olsen's counsel of record, Wild, Carter & Tipton;
5. Sylvia Villegas, accounting at The Chuck Olsen Company, Inc., contact through Olsen's counsel of record, Wild, Carter & Tipton;
6. Emmanuel Delas Alas, of FPD, Inc., contact through Joseph DiVincenzo, Esq.,
7. Joseph Pisciotta, Third Party Defendant, 300 San Juan Avenue #5 Venice, CA 90291,
8. Jim Johnson, of FPD, Inc., contact through Joseph DiVincenzo, Esq.,
9. Robert Fairchild, of FPD, Inc., contact through Joseph DiVincenzo, Esq.,
10. Luis Alday; Alday Produce, 746 Market Ct., Ste. 41-42, Los Angeles, CA 90021
11. Robert Whitney, contact through Joseph DiVincenzo, Esq.;
12. Tommie Sue Nunes- contact through Olsen's counsel of record, Wild, Carter & Tipton;
13. Ashley McKenna- contact through Olsen's counsel of record, Wild, Carter & Tipton;
14. Ivo Skorin – HPL-Appollo, LLC, 5330 W. 102nd St., Los Angeles, CA 90045;

1. 15. Ernie Colton, Oakshore Dr., Westlake Village, CA 91361;
2. 16. Deputy Alejandro Bocanegra- Los Angeles County Sheriff's Department, 21356 S. Avalon, Carson, CA 90745; and,
3. 17. Tulare County Sheriff's deputies, Visalia, California.
4. 18. Rebuttal and response witnesses.

Dated: July 7, 2015                          WILD, CARTER & TIPTON

/s/ Patrick J. Gorman

PATRICK J. GORMAN
Attorneys for The Chuck Olsen Company, Inc., Dave Perez and Chuck Olsen

Dated: July 7, 2015                          FOLEY BEZEK BEHLE & CURTIS, LLP

/s/ Robert A. Curtis

ROBERT A. CURTIS
Attorneys for The Chuck Olsen Company, Dave Perez and Chuck Olsen

Dated: July __, 2015                         REMER, DIVINCENZO & GRIFFITH

JOSEPH P. DIVINCENZO
Attorneys for F.P.D., Inc. and Joseph Balcom

-4-
LOCAL RULE 16.5 JOINT WITNESS DISCLOSURE

JOINT TRIAL WITNESS TIME ESTIMATE FORM

Case No. and Title: CV13-05062-DMG; The Chuck Olsen Company, Inc. v F.P.D., Inc. and Joseph Balcolm     Trial Date: May 26, 2015

| No. | Witness | | | |
|---|---|---|---|---|
| 1. | DAVE PEREZ | | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: | 3.0 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: | 3.0 hours |
| | Brief Description of Testimony: His dealings with FPD/Pisciotta in the years leading up to the Olsen transactions; The Grape Guys sales to FPD in 2010; the Olsen sales to FPD in 2012 and 2013, his communications with Pisciotta, etc. | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 2. | JEFF OLSEN | | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: | 1.0 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: | 1.0 hours |
| | Brief Description of Testimony: Olsen's office procedures for sending invoices and passings, and the processing of payments; balance on FPD's account, etc. | | | |

| No. | Witness | | |
|---|---|---|---|
| 3. | SYLVIA ANN VILLEGAS | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: .50 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: 1.0 hours |
| | Brief Description of Testimony: | | |
| | Statements she sent to Pisciotta/FPD, etc. | | |

| No. | Witness | | |
|---|---|---|---|
| 4. | TOMMIE SUE NUNES | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: .50 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: .50 hours |
| | Brief Description of Testimony: | | |
| | Handwriting on the checks received by Olsen bearing the words "FPD" or "FPD, Inc.", how invoices are mailed and how checks are processed, etc. | | |

| No. | Witness | | |
|---|---|---|---|
| 5. | ASHLEY McKENNA | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: .50 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: .50 hours |
| | Brief Description of Testimony: Handwriting on checks received by Olsen bearing the words "FPD" or FPD, Inc." how invoices are mailed and how checks are processed, etc. | | |

| No. | Witness | | |
|---|---|---|---|
| 6. | CHUCK OLSEN | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: 1.0 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: 1.0 hours |
| | Brief Description of Testimony: History of Chuck Olsen Co.; his involvement with FPD transactions, etc. | | |

| No. | Witness | | |
|---|---|---|---|
| 7. | JOSEPH BALCOM | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: 2.0 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: 2.0 hours |
| | Brief Description of Testimony: | | |
| | FPD and Joseph Pisciotta. | | |

| No. | Witness | | |
|---|---|---|---|
| 8. | CARLA DODD(*) | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: 1.0 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: 1.0 hours |
| | Brief Description of Testimony: | | |
| | [If necessary.] Expert Witness testimony re: her review of Olsen's records for sales to FPD, industry custom and practice, etc. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 9. | IVO SKORIN (*) | | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: | 1.0 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: | 1.0 hours |
| | Brief Description of Testimony: | | | |
| | [If necessary.] FPD's account and communications with Apollo Freight, when opened, invoicing to FPD, emails between FPD and Apollo, etc. | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 10. | DEPUTY ALEJANDRO BICANEGRA (*) | | | |
| | Direct Examiner | Robert A. Curtis, Esq. | Direct Exam Time Est: | .50 hours |
| | Cross Examiner | Joseph P. DiVincenzo, Esq. | Cross Exam Time Est: | .50 hours |
| | Brief Description of Testimony: | | | |
| | [If necessary.] His investigation of the embezzlement complaint against Pisciotta and interview of Joseph Balcom. | | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 11. | MANNY DELAS ALAS | | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq. | Direct Exam Time Est: | 2.0 hours | |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | 1.0 hours | |
| | Brief Description of Testimony: | | | | |
| | FPD's account procedures, custom and practice, non-involvement with Olsen. | | | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 12. | LUIS ALDAY | | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: | .50 hours | |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | .50 hours | |
| | Brief Description of Testimony: | | | | |
| | Transactions with Pisciotta. | | | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 13. | ROBERT FAIRCHILD | | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: | .75 hours | |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | .50 hours | |
| | Brief Description of Testimony: | | | | |
| | Pisciotta's job duties; sales force at FPD. | | | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 14. | ROBERT WHITNEY | | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: | 1.0 hours | |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | 1.0 hours | |
| | Brief Description of Testimony: | | | | |
| | Produce industry expert on custom and practice; commercial transactions | | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 15. | TULARE COUNTY SHERIFF DEPUTIES | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: | 1.0 hours |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | .50 hours |
| | Brief Description of Testimony: | | | |
| | Deputies who investigated Olsen's fraud claim against Pisciotta | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 16. | JOSEPH BALCOM | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: | 3.0 hours |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | 1.0 hours |
| | Brief Description of Testimony: | | | |
| | FPD company background, non-involvement with Olsen transactions; limits of Pisciotta authority | | | |

| No. | Witness | | |
|---|---|---|---|
| 17. | DAVID PEREZ | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: __1.0 hours__ |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: __.50 hours__ |
| | Brief Description of Testimony: | | |
| | Topics not covered during Plaintiff's case | | |

| No. | Witness | | |
|---|---|---|---|
| 18. | SYLVIA VILLEGAS | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: __1.0 hours__ |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: __.50 hours__ |
| | Brief Description of Testimony: | | |
| | Topics not covered during Plaintiff's case | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 19. | CHUCK OLSEN | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: | 1.50 hours |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | .50 hours |
| | Brief Description of Testimony: | | | |
| | Topics not covered during Plaintiff's case | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 20. | JEFF OLSEN | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: | .50 hours |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | .50 hours |
| | Brief Description of Testimony: | | | |
| | Topics not covered in Plaintiff's case | | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 21. | JOSEPH PISCIOTTA | | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: | 1.0 hours | |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | 1.0 hours | |
| | Brief Description of Testimony: | | | | |
| | Job duties, dealings with Perez, history of transactions | | | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 22. | ERNIE COLTON | | | | |
| | Direct Examiner | Joseph P. DiVincenzo, Esq | Direct Exam Time Est: | 1.0 hours | |
| | Cross Examiner | Robert A. Curtis, Esq | Cross Exam Time Est: | 1.0 hours | |
| | Brief Description of Testimony: | | | | |
| | Former head man at FPD – previous dealings with Olsen; Perez; Pisciotta's duties at FPD; custom and practice in industry for documenting, authorizing, maintaining transaction accounts. | | | | |

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, July 7, 2015.

/s/ Mary Cooper
Mary Cooper