Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
e-mail: pgorman@wctlaw.com

Robert A. Curtis (SBN 203870)
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 962-0722
Email: rcurtis@foleybezek.com

Attorneys for Plaintiff The Chuck Olsen Company, Inc. and Third Party Defendants Chuck Olsen and Dave Perez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual<br><br>Defendants. | Case No.: CV13-05062-DMG<br><br>**PLAINTIFF'S PROPOSED AGREED STATEMENT**<br><br>Pretrial Conference Date: July 28, 2015<br>Time: 4:00 p.m.<br>Ctrm: 7 – 2nd Floor<br>Judge: Dolly M. Gee<br><br>Trial: August 25, 2015 |
| AND RELATED CROSS-ACTIONS | |

Plaintiff The Chuck Olsen Company is in the business of marketing and selling fresh produce. Defendant FPD is also in the business of marketing and selling fresh produce. Joseph Balcom is FPD's president and sole shareholder. In this case, The Chuck Olsen Company is asserting a claim against FPD and Mr. Balcom for money due on unpaid invoices for orders placed with The Chuck Olsen Company by Joseph Pisciotta, an FPD employee. Twenty nine

orders in total were placed over the time period from June 2012 through January 2013. The court has already determined that FPD and Mr. Balcom are responsible for the orders placed prior to November 30, 2012. It is for you to determine whether or not FPD and Mr. Balcom are responsible for orders placed from November 30, 2012 until January 18, 2013. FPD and Mr. Balcom deny that they are responsible for the orders placed by Mr. Pisciotta.

FPD and Mr. Balcom have also filed claims against The Chuck Olsen Company, Chuck Olsen, its CEO, and Dave Perez, a salesperson employed by The Chuck Olsen Co. FPD and Mr. Balcom assert that The Chuck Olsen Company, Mr. Olsen and Mr. Perez made false statements to third parties. The Chuck Olsen Company, Mr. Olsen and Mr. Perez deny the allegations.

Dated: July 7, 2015                     WILD, CARTER & TIPTON


                                        /s/ Patrick J. Gorman
                                        _____
                                        PATRICK J. GORMAN
                                        Attorneys for The Chuck Olsen Company,
                                        Dave Perez and Chuck Olsen

Dated: July 7, 2015                     FOLEY BEZEK BEHLE & CURTIS, LLP


                                        /s/ Robert A. Curtis
                                        _____
                                        ROBERT A. CURTIS
                                        Attorneys for The Chuck Olsen Company,
                                        Dave Perez and Chuck Olsen

Dated: July ___, 2015                   REMER, DIVINCENZO & GRIFFITH



                                        _____
                                        JOSEPH P. DIVINCENZO
                                        Attorneys for F.P.D., Inc. and Joseph Balcom

## Certificate of Service

    I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, July 7, 2015.

/s/ Mary Cooper
Mary Cooper