Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
e-mail: pgorman@wctlaw.com

Robert A. Curtis (SBN 203870)
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 962-0722
Email: rcurtis@foleybezek.com

Attorneys for Plaintiff The Chuck Olsen Company, Inc. and Third Party Defendants Chuck Olsen and Dave Perez

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: CV13-05062-DMG<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES OF PLAINTIFF, THE CHUCK OLSEN CO., INC., IN OPPOSITION TO MOTION IN LIMINE NO. 1 OF DEFENDANTS, F.P.D., INC. AND JOSEPH BALCOM**<br><br>Pre-Trial Conference Date: July 28, 2015<br>Time: 4:00 p.m.<br>Ctrm: 7 – 2nd Floor<br>Judge: Dolly M. Gee<br><br>Trial: August 25, 2015 |

COME NOW Plaintiff, THE CHUCK OLSEN COMPANY, INC., and Third Party Defendants, CHUCK OLSEN and DAVE PEREZ ("Plaintiff"), and submit the following Memorandum of Points And Authorities in opposition to Motion In Limine No. 1, filed by Defendants, F.P.D., INC. AND JOSEPH BALCOM ("Defendants"), generally regarding testimony of Plaintiff's designated expert witness, Carla Dodd.

-1-

**Opposition Of The Chuck Olsen Company, Inc., Chuck Olsen and Dave Perez To Motion In Limine No. 1 Filed by F.P.D., Inc. and Joseph Balsom**

I

INTRODUCTION

Defendants' motion fails in at least two fundamental ways. First, it relies on wholly unsubstantiated allegations with regard to the qualifications of Ms. Dodd to render expert testimony; and, in fact offers no evidentiary showing of any kind in support of the Motion. Second, it suggests the Court conduct a hearing without explanation as to why the Court should so proceed, and fails to reference Ninth Circuit authority providing the Court need not conduct any such hearing.

II

**MOVING PARTIES FAIL TO BRING FORWARD**
**ANY EVIDENTIARY MATERIAL SUPPORTING**
**ISSUANCE OF THE REQUESTED ORDER IN LIMINE**

The sole "factual" material referenced by Defendants appears in a section of their Memorandum entitled "ARGUMENT." It is broadly claimed in merely conclusory fashion that the experience and qualifications of Plaintiff's designated expert witness are "strikingly similar" to those of another person; and then in contradictory fashion it is claimed that Ms. Dodd is "less qualified" than said other person. Plaintiff respectfully suggests the motion in limine cannot and should not be granted in the absence of factual support; and, cannot and should not be granted on the basis of a claim that the qualifications of any given designated expert are greater or lesser than those of any other asserted expert.

III

**MOVING PARTIES FAIL TO ADDUCE WHY**
**THE COURT SHOULD CONDUCT A HEARING,**
**AND THE COURT IS NOT REQUIRED TO DO SO**

Moving parties request in the alternative the Court conduct a hearing with regard to the qualifications of Ms. Dodd to testify as an expert witness, but they fail to state any reason why that should occur. In fact, while ordering such a hearing is certainly within the discretion of the Court pursuant to Rule 104 of the Federal Rules of Evidence, it is well-established in this Circuit

-2-

**Opposition Of The Chuck Olsen Company, Inc., Chuck Olsen and Dave Perez To Motion In Limine No. 1 Filed by F.P.D., Inc. and Joseph Balsom**

1  that the Court need not do so: "The district court is not required to hold a Rule 104(a) hearing,
2  but rather must merely make a determination as to the proposed expert's qualifications."
3  Hopkins v. Dow Corning Corp., 33 F.3d 1116, 1124 (9th Cir. Cal. 1994).

## IV

## CONCLUSION

For the reasons stated, Defendants' Motion In Limine No. 1 should be denied.

Date: July 7, 2015                                        WILD, CARTER & TIPTON

/s/ Patrick J. Gorman

_____
PATRICK J. GORMAN
Attorneys for The Chuck Olsen Company,
Dave Perez and Chuck Olsen

-3-

**Opposition Of The Chuck Olsen Company, Inc., Chuck Olsen and Dave Perez To Motion In Limine No. 1 Filed by F.P.D., Inc. and Joseph Balsom**

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, July 7, 2015.

/s/ Mary Cooper
Mary Cooper