Joseph P. DiVincenzo-Bar #65649
REMER, DIVINCENZO & GRIFFITH
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2121 EAST PACIFIC COAST HIGHWAY, SUITE 280
CORONA DEL MAR, CALIFORNIA 92625
(949) 759-0781/(949) 759-0788 Facsimile
j.divincenzo@rdgattorneys.com

Attorneys for Defendants, CounterClaimants and Third Party Plaintiffs, F.P.D., Inc. and Joseph Balcom

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>F.P.D., INC., a California corporation; and JOSEPH BALCOM, an individual,<br><br>　　　　　　　　　　Defendants. | CASE NO.  CV13-05062-DMG<br><br>**DEFENDANTS' [PROPOSED] AGREED STATEMENT**<br><br>Pretrial Conf. Date: July 28, 2015<br>Time:　　　　　　　2:00 p.m.<br>Ctrm:　　　　　　　7-2nd Floor<br><br>Trial:　　　　　　　August 25, 20 |

　　　Between June, 2012, through January, 2013, Third Party Defendant, Joseph Pisciotta, ordered table grapes from Plaintiff, The Chuck Olsen Company, Inc. Joseph Pisciotta then sold the table grapes for his own account and kept the money.

　　　At the time he ordered the table grapes from The Chuck Olsen Company, Joseph Pisciotta was an employee of Defendant, FPD, Inc. The Chuck Olsen Company has asserted a claim against FPD stating that FPD is responsible for the transactions with Pisciotta. FPD denies knowledge of the transactions and denies that it has responsibility to pay any amount to The Chuck Olsen Company.

FPD and Joseph Balcom, the President of FPD, have filed cross-claims against The Chuck Olsen Company and third party claims against Mr. Chuck Olsen, and Dave Perez, the salesman involved in the grapes sales transactions. FPD and Mr. Balcom claim that The Chuck Olsen Company, and Dave Perez, were negligent in their dealings with Mr. Pisciotta, and that they made false statements to third parties that constitute slander. The Chuck Olsen Company, Mr. Olsen, and Mr. Perez, deny the allegations.

Dated: July____, 2015            WILD, CARTER & TIPTON

                                 _____
                                 PATRICK J. GORMAN
                                    Attorneys for The Chuck Olsen Company,
                                    Dave Perez and Chuck Olsen

Dated: July ____, 2015           FOLEY BEZEK BEHLE & CURTIS, LLP


                                 _____
                                 ROBERT A. CURTIS
                                    Attorneys for The Chuck Olsen Company,
                                    Dave Perez and Chuck Olsen

Dated: July 7, 2015              REMER, DIVINCENZO & GRIFFITH


                                 _____
                                 JOSEPH P. DIVINCENZO
                                    Attorneys for F.P.D., Inc. and Joseph
                                    Balcom

**PROOF OF SERVICE**
The Chuck Olsen Co. V. FPD, Inc.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2121 E. Coast Highway, Suite 280, Corona del Mar, California 92625.

On **July 7, 2015**, I caused to be served the foregoing document(s) described as **DEFENDANTS' [PROPOSED] AMENDED AGREED STATEMENT** on the interested parties in this action by electronically filing this document, if required by the court in its Electronic Case Filing Program, and/or by placing the true and correct copies thereof enclosed in sealed envelopes as addressed as follows:

| Patrick J. Gorman, Esq.<br>WILD, CARTER & TIPTON<br>246 West Shaw Avenue<br>Fresno, CA 93704<br>559-224-2131<br>559-229-7295<br>pgorman@wctlaw.com<br>Counsel for The Chuck Olsen Company, Chuck Olsen, Dave Perez | Robert A. Curtis, Esq.<br>FOLEY, BEZEK BEHLE & CURTIS, LLP<br>15 W. Carrillo St.<br>Santa Barbara, CA 93101<br>805-962-9495 Phone<br>805-962-0722 Fax<br>rcurtis@foleybezek.com |
|---|---|

[ ]   **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY OVERNIGHT MAIL:** I delivered a copy of this document(s) to an authorized courier or driver authorized by Golden State Overnight, an express service carrier to receive documents, in an envelope or package designated by Golden State Overnight with delivery fees paid or provided.

[ ]   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the office's of the addressee.

[ ]   **BY ELECTRONIC TRANSFER/VIA FACSIMILE:** I caused all of the pages of the above-entitled document(s) to be sent to the recipients noted via electronic transfer (FAX) at the respective facsimile numbers indicated.

[ ]   **BY ELECTRONIC TRANSMISSION:** I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) where indicated.

[x]   **BY ELECTRONIC TRANSMISSION/COURT:** I transmitted a PDF version of this document by electronic mail to the party(s) identified on the service list using the e-mail address(es) and procedure provided pursuant to the Court's Electronic Filing Notification System.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **July 7, 2015,** at Corona del Mar, California.

_Renee M. Bell_
Renee M. Bell