UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 13-5062-DMG (Ex) | Date | July 28, 2015 |
|---|---|---|---|
| Title | *The Chuck Olsen Co, Inc. v. F.P.D., Inc., et al.* | Page | 1 of 2 |

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Patrick J. Gorman | Joseph P. DiVincenzo |
| Robert A. Curtis | |

**Proceedings:** **FINAL PRETRIAL CONFERENCE**

**PLAINTIFF S MOTION IN LIMINE REGARDING EVIDENCE OF SUBSEQUENT REMEDIAL MEASURES [57]**

**PLAINTIFF'S MOTION IN LIMINE NO. 1 REGARDING EVIDENCE OF SUBSEQUENT REMEDIAL MEASURES [76]**

**PLAINTIFF'S MOTION OF LIMINE NO. 2 REGARDING PURPORTED DECLARATION OF JOSEPH PISCIOTTA [77]**

**PLAINTIFF'S MOTION IN LIMINE NO. 3 REGARDING DEFENDANTS' DESIGNATED EXPERT, ROBERT WHITNEY AND SEEKING HEARING AS TO ADMISSIBILITY OF PURPORTED EXPERT TESTIMONY [78]**

**DEFENDANTS MOTION IN LIMINE NO. 1 SEEKING HEARING AS TO THE ADMISSIBILITY OF EXPERT TESTIMONY OF CARLA DODD [87]**

The case is called and counsel state their appearance. The Court invites counsel to respond to its tentative ruling regarding the parties' motions *in limine*. Following discussions with counsel, the Court orders the parties to meet and confer regarding the specific opinions of their expert witnesses for which they seek an exclusion order, and if not agreed, each side may file supplements to their motions *in limine* by August 4, 2015. Thereafter, the motions *in limine* shall be taken under submission and a written order will issue.

The Final Pretrial Conference is held. The Court and counsel confer regarding the logistics of trial. The Jury Trial shall commence on Tuesday, August 25, 2015 at 8:30 a.m. and

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 13-5062-DMG (Ex)** | Date | July 28, 2015 |
| Title | *The Chuck Olsen Co, Inc. v. F.P.D., Inc., et al.* | Page | 2 of 2 |

is estimated to be three (3) court days.  Each side shall be allotted thirty (30) minutes to present its opening statements, and approximately five (5) hours for their respective case-in-chief (including cross-examination).  Counsel are instructed to familiarize themselves with the Court's audio-visual equipment prior to the first day of trial, as well as the Case Management Order [Doc. # 33] with regard to general decorum and courtroom procedures.

   Further, parties are instructed to file a joint agreed statement of the case, joint jury instructions, and a revised joint proposed pretrial conference order by **August 4, 2015**.

:59