Joseph P. DiVincenzo-Bar #65649
REMER, DIVINCENZO & GRIFFITH
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2121 EAST PACIFIC COAST HIGHWAY, SUITE 280
CORONA DEL MAR, CALIFORNIA 92625
(949) 759-0781/(949) 759-0788 Facsimile
j.divincenzo@rdgattorneys.com

Attorneys for Defendants, CounterClaimants and Third Party Plaintiffs,
F.P.D., Inc. and Joseph Balcom

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F.P.D., INC., a California corporation; and JOSEPH BALCOM, an individual,<br><br>Defendants. | CASE NO. CV13-05062-DMG<br><br>**SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT CARLA DODD**<br><br>**TRIAL**<br>Date:   **August 25, 2015**<br>Time:  **8:30 a.m.**<br>Ctrm:  **7-2nd Floor** |

Defendants, FPD, Inc. and Joseph Balcom, move to exclude all of the purported expert opinion of Carla Dodd, as previously set forth in their Motion in Limine, and supplemented with the following grounds for exclusion:

**I.   MS. DODD LACKS SUFFICIENT QUALIFICATIONS.**

Carla Dodd does not have any "scientific, technical or specialized knowledge to help the trier of fact understand the evidence, or to determine a fact in issue", Federal Rules of Evidence, 702a.  Nor does Carla Dodd have knowledge, skill, experience, training nor education that would allow her form the opinions she is attempting to form.  Her CV shows a high school education, with accounting classes.  She has worked for various companies as a bookkeeper and accounting manager.  She is not an accountant (CV attached as Exhibit 1).

The opinions of Carla Dodd that should be excluded include the following:

**A.  The Opinion that the Olsen Files Comply with PACA Requirements.**

This is a legal opinion, and Carla Dodd does not possess any expertise or qualifications in this area.

**B.  The Opinion that Written Purchase Orders or a Verbal Purchase Order Number are Not Required in a Sales Transaction.**

Again, this is a legal opinion that seeks to undermine basic contract law. The formation of a contract requires an offer and acceptance. The statute of frauds (including California Civil Code §1624 and Uniform Commercial Code §2-201), require a writing, subscribed by the person or entity to be bound by the transaction. Carla Dodd has essentially taken black letter legal requirements and stated "it is not necessary".

**C.  Stating "Payment by Cashier's Check is Not Unheard of".**

This opinion is without any foundation, has no probative value, and is likely to confuse a trier of fact. There is also no foundation as to how Carla Dodd would know about what an entire industry would have heard about payments by cashier's check. This opinion is as illusory as saying "anything is possible".

**D.  Stating "Lump Sum Payments Not Tied to a Particular Invoice are Frequent".**

Here again, this opinion lacks any appropriate foundation as to Ms. Dodd's qualifications or experience. She is a bookkeeper whose experience, in short bursts with a few companies, cannot be extrapolated to speak for the custom and practice of an entire industry.

It appears that the Plaintiff intends Carla Dodd to testify as an advocate, to influence the trier of fact that the conduct and omissions of the Olsen Company are excusable, and that the Olsen Company complied with PACA regulations and industry practice. These are issues in the case and matters for a trier of fact to determine. The opinions of Carla Dodd have insufficient foundation, she is not qualified to give them, and they would confuse, rather than assist the trier of fact. She should not be permitted to extrapolate her anecdotal belief into an alleged industry custom and practice.

## II. CONCLUSION

The testimony of Carla Dodd should be excluded as not qualifying under Rule 702.

Respectfully submitted.

Dated: August 4, 2015

REMER, DiVINCENZO & GRIFFITH
A Professional Corporation

By: _____
JOSEPH P. DiVINCENZO
Attorneys for Defendants, Counter-Claimants and Third Party Plaintiffs, F.P.D., Inc. and Joseph Balcom

EXHIBIT 1

# Carla S. Dodd
10439 Shellabarger Road, Bakersfield, CA  93312, USA
Home:  661-589-9731
Cell Phone:  661-201-1892

## Summary of Qualifications

I have over thirty five years of experience in Ag accounting with both Growers and Marketing companies. I have worked with several attorneys on PACA & CDFA cases. I have produced reports and reconciliations used as exhibits and have testified as an expert witness at PACA & CDFA hearings and arbitrations. I have worked with the following legal counsel:

| | |
|---|---|
| Patricia Rynn | I have worked on several cases for Ms. Rynn including auditing sales files through to grower liquidations. I have installed and trained clients to use software in a marketing environment to stay within PACA & CDFA laws. I have testified as an expert witness in both PACA & CDFA hearings and arbitrations. |
| Craig Stokes | I worked with Mr. Stokes on a case with a grower from Mexico vs L.A. marketing company. I reconstructed three years of sales records from handwritten receipts and compiled market news reports to compare grower returns. |
| John Watkins | The above case was transferred to him by grower and filed as a civil case. John was not aware of PACA laws and asked that I explain my report results and how PACA law applied to this case. I was deposed and case was settled. |

## Work Experience

| | |
|---|---|
| 6/1999 – present | **Consultant**<br>Self, Bakersfield, CA |
| 01/1995 – 6/1999 | **Anthony Vineyards, Inc. Bakersfield, CA**<br>**Corporate Controller**<br>Responsible for all financial reporting including budgeting, monthly ranch P/L's and annual crop financials. Responsible for putting together and presenting them to the bank annual division and consolidated budgets, budgeted cash flows and fixed asset budgets for both operating credit line and all ranch financing. I supervised a staff of 8 performing various accounting duties, I installed an IBM AS/400 system along with accounting software from Affinity. I worked with a consultant programmer to write and install a RF bar coded inventory system. I was also involved in negotiating and writing Growing and Marketing contracts |

EXHIBIT  1  , pg 1

|  |  |
|---|---|
|  | keeping terms within PACA laws. I traveled to Mexico to review accounts for a Company in which Anthony vineyards had a 50% interest. I reviewed all budgets and liquidation statements received for all joint ventures in which Anthony Vineyards was involved. |
| 10/92-12/94 | **Sun World Inc., Bakersfield, CA**<br>**Accounting Mgr. of Customer & Grower Accounting**<br>Supervised 15 people. Staff was involved in invoicing all product sold through Sun World's sales staff and produce grower accounting records for same product. This includes company farmed and outside grower product. Involved in coordinating outside shipping operations with SW sales office. Visited grower locations helping them utilize information provided by Sun World. Worked with Sales department to settle files and give timely & correct grower information. I served on the MIS committee & was instrumental in rewriting the invoicing and grower rendering programs. |
| 03/92 – 10/92 | **Consultant**<br>**Self, Bakersfield, CA**<br>Independent consulting for various companies. Implemented computerized accounting systems on IBM 36 & PC environments. Trained personnel to use accounting software. |
| 08/91 – 02/92 | **Golden Gem Almond, Bakersfield, CA**<br>**Controller**<br>Preparing financial reports: Positing and maintaining the general Ledger: Preparing and analyzing income and expense budgets and cost accounting reports; Preparing monthly and quarterly financial/tax reports. |
| 06/79 – 7/91 | **W-L Research Inc., Bakersfield, CA**<br>**Controller**<br>Involvement with all phases of accounting, including budgeting, 5 year strategic planning and cash forecasting. Responsibilities included overseeing accounting / financial department preparing monthly U>S> financial statements, the conversion to British accounts and the reportage to England. Administrate employee benefits and maintain all company insurance policies. Instrumental in recent migration from system 36 to AS/400.<br><br>**Accounting Manager**<br>Company sold to British Sugar.<br>Responsibilities include U.S. accounting financial reports. Also maintain company insurance policies and administrate employee |

EXHIBIT  1  , p 3 ?

benefits. Responsible for annual audit schedules and working directly with auditors to complete required audits.

### Bookkeeper
Began with basic accounting responsibilities, in 1981, became responsible for implementation of transfer of records to IBM Computer System 34. Administering billing, sales tracking and sales correspondence procedures.

08/71 – 05/79   **Belridge Packing Company, Bakersfield, CA**
**Sales Coordinator**
Handled produce customers and packing personnel in the selling of fresh market produce. Coordinated inventory between packing house and Sales department.

### Education

9/65 – 6/69   East Bakersfield High School, Bakersfield, CA
Degree: High School Diploma; GPA 3.5
College courses in accounting – 2 years

### References
Professional and personal references available upon request

EXHIBIT 1, pg 3

**PROOF OF SERVICE**

The Chuck Olsen Co. V. FPD, Inc.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2121 E. Coast Highway, Suite 280, Corona del Mar, California 92625.

On **August 4, 2015**, I caused to be served the foregoing document(s) described as on the **SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT CARLA DODD** interested parties in this action by electronically filing this document, if required by the court in its Electronic Case Filing Program, and/or by placing the true and correct copies thereof enclosed in sealed envelopes as addressed as follows:

| | |
|---|---|
| Patrick J. Gorman, Esq.<br>WILD, CARTER & TIPTON<br>246 West Shaw Avenue<br>Fresno, CA 93704<br>559-224-2131<br>559-229-7295<br>pgorman@wctlaw.com<br>Counsel for The Chuck Olsen Company, Chuck Olsen, Dave Perez | Robert A. Curtis, Esq.<br>FOLEY, BEZEK BEHLE & CURTIS, LLP<br>15 W. Carrillo St.<br>Santa Barbara, CA 93101<br>805-962-9495 Phone<br>805-962-0722 Fax<br>rcurtis@foleybezek.com |

[ ] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT MAIL:** I delivered a copy of this document(s) to an authorized courier or driver authorized by Golden State Overnight, an express service carrier to receive documents, in an envelope or package designated by Golden State Overnight with delivery fees paid or provided.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the office's of the addressee.

[ ] **BY ELECTRONIC TRANSFER/VIA FACSIMILE:** I caused all of the pages of the above-entitled document(s) to be sent to the recipients noted via electronic transfer (FAX) at the respective facsimile numbers indicated.

[ ] **BY ELECTRONIC TRANSMISSION**: I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) where indicated.

[x] **BY ELECTRONIC TRANSMISSION/COURT**: I transmitted a PDF version of this document by electronic mail to the party(s) identified on the service list using the e-mail address(es) and procedure provided pursuant to the Court's Electronic Filing Notification System.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **August 4, 2015,** at Corona del Mar, California.

_____
Renee M. Bell