Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
e-mail: pgorman@wctlaw.com

Robert A. Curtis (SBN 203870)
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 962-0722
Email: rcurtis@foleybezek.com

*Attorneys for Plaintiff and Third Party Defendant The Chuck Olsen Company, Inc., and Third Party Defendants Chuck Olsen and Dave Perez*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: CV13-05062-DMG<br><br>**DECLARATION OF ROBERT A. CURTIS IN SUPPORT OF MOTION IN LIMINE NO. 4 OF THIRD PARTY DEFENDANTS CHUCK OLSEN AND DAVE PEREZ REGARDING INTRODUCTION OF THIRD PARTY PLAINTIFFS F.P.D. INC.'S AND JOSEPH BALCOM'S ALLEGED DEFAMATION DAMAGES**<br><br>[F.R.C.P. 26 and 37]<br><br>Motion in Limine Deadline: April 14, 2015<br>Pre-Trial Conference: July 28, 2015<br>Trial: August 25. 2015 |

1

Declaration of Robert A. Curtis

I, Robert A. Curtis, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and the United States District Court for the Central District of California. I am a partner at the law firm of Foley Bezek Behle & Curtis, LLP, co-counsel of record for Third Party Defendants, Chuck Olsen and Dave Perez, in the above-entitled action. I am personally familiar with the matters stated herein, and if called upon to testify concerning such matters, I could and would testify accordingly.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Initial Disclosures of F.P.D. Inc. and Joseph Balcom.

3. Attached hereto as **Exhibit B** is a true and correct copy of relevant portions of the June 11, 2014 deposition of Mr. Joseph Balcom.

4. Attached hereto as **Exhibit C** is a true and correct copy of Responses of F.P.D. Inc. to Special Interrogatories Propounded by Chuck Olsen, Set One. F.P.D. never served any amended responses.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2015, in Santa Barbara, California.

By: /s/ Robert A. Curtis
Robert A. Curtis

## Certificate of Service

    I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, August 20, 2015.

    /s/ Mary Cooper
    Mary Cooper