# Exhibit "A"

Joseph P. DiVincenzo-Bar #65649
REMER, DIVINCENZO & GRIFFITH
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2121 EAST PACIFIC COAST HIGHWAY, SUITE 280
CORONA DEL MAR, CALIFORNIA 92625
(949) 759-0781/(949) 759-0788 Facsimile
j.divincenzo@rdgattorneys.com

Attorneys for Defendants and Cross-Complainants,
F.P.D., INC. and Joseph Balcom

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F.P.D., INC., a California corporation; and JOSEPH BALCOM, an individual,<br><br>Defendants.<br>_____<br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual,<br><br>Cross-Complainants,<br><br>v.<br><br>JOSEPH PISCIOTTA, an individual, CHUCK OLSEN, an individual and DAVE PEREZ, an individual,<br><br>Cross-Defendants. | CASE NO. CV13-05062-DMG-E<br><br>INITIAL DISCLOSURES OF F.P.D., INC. AND JOSEPH BALCOM<br><br>Complaint Filed:    7/15/13 |

Pursuant to *Federal Rule of Civil Procedure 26(a)*, Defendants, and Cross-Defendants, F.P.D., INC. and JOSEPH BALCOM, submit the following initial disclosures which may, from

1

time to time, be supplemented as discovery and investigation progresses:

1. **Witnesses:**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information, as follows:

    a. Joseph Balcom, President of FPD, Inc.;

    b. Chuck Olsen, President of The Chuck Olsen Company, Inc.;

    c. David Perez, Salesman for The Chuck Olsen Company, Inc.;

    d. Accounting Personnel at The Chuck Olsen Company, Inc.;

    e. Additional personnel (from FPD, Inc.);

    f. Joseph Pisciotta, former employee of FPD, Inc.

    g. Witnesses from the companies who actually received the grapes and paid Pisciotta for them, as well as employees from Pisciotta's bank;

    h. Expert Testimony;

    i. Rebuttal and Response Witnesses; and,

    J. Other individuals as disclosed by Plaintiffs and Cross-Defendants and as revealed by further investigation and discovery.

2. **Documents:**

A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

Previously, the parties have exchanged relevant documents and subsequent to these disclosures, to the extent that a party is not already in possession of the documents identified, other documents will be produced. The follow are the categories of documents:

    a. Documents related to sales transactions;

    b. Documents produced in concurrent USDA/PACA administrative litigation;

    c. Documents obtained from Plaintiff through discovery;

1      d.    Documents requiring a subpoena from the bank of Joseph Pisciotta (Chase Bank) and from the entities who purchased the subject grapes from Mr. Pisciotta, and who paid him in cash or other types of payments to Mr. Pisciotta and none to FPD, Inc.; and,

    e.    Other documents revealed by discovery and further investigation.

3.  **Damage Computations**:

There are no damages recoverable against Defendants herein, as there is no basis for liability or causation against them.

4.  **Liability Insurance**:

Defendants liability insurance coverage does not provide coverage for third party claims founded upon an alleged contract.

Dated: January 27, 2014

REMER, DiVINCENZO & GRIFFITH
A Professional Corporation

_____
JOSEPH P. DiVINCENZO
Attorneys for Defendants and Cross-Complainants, F.P.D., INC. and Joseph Balcom

3

F:\CLIENT\08117\PLEAD\Int.Disclosures.wpd          FPD/BALCOM'S INITIAL DISCLOSURES

**PROOF OF SERVICE**

The Chuck Olsen Co. V. F...

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2121 E. Coast Highway, Suite 280, Corona del Mar, California 92625.

On January 27, 2014 I caused to be served the foregoing document(s) described as **INITIAL DISCLOSURES** on the interested parties in this action by electronically filing this document, if required by the court in its Electronic Case Filing Program, and/or by placing the true and correct copies thereof enclosed in sealed envelopes as addressed as follows:

| | |
|---|---|
| Patrick J. Gorman, Esq.<br>WILD, CARTER & TIPTON<br>246 West Shaw Avenue<br>Fresno, CA 93704<br>559-224-2131<br>559-229-7295<br>pgorman@wctlaw.com<br>Counsel for The Chuck Olsen Company, Chuck Olsen, Dave Perez | Joseph Pisciotta<br>300 San Juan Ave. #5<br>Venice, CA 90291 |
| Robert A. Curtis, Esq.<br>FOLEY, BEZEK BEHLE & CURTIS, LLP<br>15 W. Carrillo St.<br>Santa Barbara, CA 93101<br>805-962-9495 Phone<br>805-962-0722 Fax<br>rcurtis@foleybezek.com | |

[X] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT MAIL:** I delivered a copy of this document(s) to an authorized courier or driver authorized by Golden State Overnight, an express service carrier to receive documents, in an envelope or package designated by Golden State Overnight with delivery fees paid or provided.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the office's of the addressee.

[ ] **BY ELECTRONIC TRANSFER/VIA FACSIMILE:** I caused all of the pages of the above-entitled document(s) to be sent to the recipients noted via electronic transfer (FAX) at the respective facsimile numbers indicated.

[x] **BY ELECTRONIC TRANSMISSION**: I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) where indicated.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **January 27, 2014,** at Corona del Mar, California.

_Renee M. Bell_
RENEE M. BELL