Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
e-mail: pgorman@wctlaw.com

Robert A. Curtis (SBN 203870)
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 962-0722
Email: rcurtis@foleybezek.com

*Attorneys for Plaintiff and Third Party Defendant The Chuck Olsen Company, Inc., and Third Party Defendants Chuck Olsen and Dave Perez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: CV13-05062-DMG<br><br>**[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 4 OF THIRD PARTY DEFENDANTS, CHUCK OLSEN AND DAVE PEREZ REGARDING INTRODUCTION OF THIRD PARTY PLAINTIFFS F.P.D. INC.'S AND JOSEPH BALCOM'S ALLEGED DEFAMATION DAMAGES**<br><br>[F.R.C.P. 26 and 37]<br><br>Motion in Limine Deadline: April 14, 2015<br>Pre-Trial Conference: July 28, 2015<br>Trial: August 25. 2015 |

1

1     The Court having reviewed the motion *in limine* filed by Third Party Defendants, Chuck Olsen and Dave Perez, regarding the introduction of Third Party Plaintiffs, F.P.D. Inc.'s and Joseph Balcom's (collectively "Third Party Plaintiffs") alleged defamation damages, and having read all the briefs and considered the arguments made by the parties, the Court is of the opinion that the motion is well-founded and should be GRANTED.

    IT IS HEREBY ORDERED THAT:

    Third Party Plaintiffs are restricted from introducing any and all evidence, reference to evidence, testimony, or argument that Third Party Plaintiffs suffered any defamation damages.

Dated: _____                   _____

                                                  DISTRICT COURT JUDGE

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

[Proposed] Order

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, August 20, 2015.

/s/ Mary Cooper
Mary Cooper