# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 13-5062-DMG (Ex) |
| Title: | The Chuck Olsen Co., Inc. v. F.P.D., Inc., et al. |
| Date | August 27, 2015 |

**Present: The Honorable** DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Debi Read / Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Robert A. Curtis | |
| Patrick J. Gorman | Joseph P. DiVincenzo |

____ Day Court Trial   3rd Day Jury Trial

____ One day trial:   ____ Begun (1st day);   X Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
X Plaintiff(s) rest.   X Defendant(s) rest.
____ Closing arguments made by ____ plaintiff(s) ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for _____ ____ plaintiff(s) ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
____ Case submitted.   Briefs to be filed by _____
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
X Case continued to   August 28, 2015 at 8:30 a.m.   for further trial/further jury deliberation.

Counter-Defendant/Third Party Defendants orally make a Rule 50(a) motion against CounterClaimants/Third Party Plaintiffs F.P.D. Inc and Joseph Balcom's counterclaims and third party complaint. The Court hears argument. For the reasons stated on the record, the motion is GRANTED.

X Other:   Parties shall meet and confer re adding information about Joseph Pisciotta's non-appearance to include in the stipulated facts to present to the jury.

| | 5 : 57 |
|---|---|
| Initials of Deputy Clerk | KT |

cc: