# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 13-5062-DMG (Ex) |
| Title: | The Chuck Olsen Co., Inc. v. F.P.D., Inc., et al. |
| Date | August 28, 2015 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Robert A. Curtis<br>Patrick J. Gorman | Joseph P. DiVincenzo |

___ Day Court Trial    4th Day Jury Trial

___ One day trial:    ___ Begun (1st day);    ___ Held & Continued;    X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.    ___ Exhibits Identified    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
X Closing arguments made by    X plaintiff(s)    X defendant(s).    X Court instructs jury.
X Bailiff(s) sworn.    X Jury retires to deliberate.    ___ Jury resumes deliberations.
X Jury Verdict in favor of    X plaintiff(s)    ___ defendant(s) is read and filed.
X Jury polled.    ___ Polling waived.
X Filed Witness & Exhibit Lists    X Filed jury notes.    X Filed jury instructions.
___ Judgment by Court for ___    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Case continued to _____ for further trial/further jury deliberation.
X Other:    The Court receives jury note ## 1- 3, and meets and confers with counsel as to each.

    3    :    18

Initials of Deputy Clerk   KT

cc: