# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 13-5062-DMG (Ex) | Title | The Chuck Olsen Co., Inc.  v. F.P.D., Inc., et al. |
|---|---|---|---|
| **Judge** | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE | | |
| **Dates of Trial or Hearing** | 8/25/15 - 8/28/15 | | |
| **Court Reporters or Tape No.** | Anne Kielwasser; Deni Read | | |
| **Deputy Clerks** | Kane Tien | | |

**FILED**
CLERK, U.S. DISTRICT COURT
August 28, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: KT DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Robert A. Curtis | Joseph P. DiVincenzo |
| Patrick J. Gorman | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED EXHIBITS AND WITNESS LISTS | |

Case Title: The Chuck Olsen Co., Inc.  Case No.: CV13-05062-DMG
v F.P.D., Inc. and Joseph Balcom

## Plaintiff Exhibits

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Omitted | | |
| 2 | L.A. County Sheriff's Department Incident Report.(*) (Balcom Deposition Exhibit 2) | | |
| 3 | Certified records relating to FPD, Inc. from State of California Department of Food &Agriculture.(*)(Balcom Deposition Exhibit 3) | AUG 2 6 2015 | AUG 2 6 2015 |
| 4 | Certified records relating to FPD, Inc.(selected pages) subpoenaed from Blue Book Services. (Balcom Deposition Exhibit 4) | AUG 2 5 2015 | AUG 2 5 2015 pg. 4-11, 13 |
| 5 | Certified records relating to FPD, Inc.(selected pages) subpoenaed from Apollo Freight, Inc. (Balcom Deposition Exhibit 5) | AUG 2 6 2015 | AUG 2 6 2015 |
| 6 | Certified records relating to FPD, Inc. from USDA. (Balcom Deposition Exhibit 6) | | |
| 7 | Certified records relating to FPD, Inc. (complete) subpoenaed from Blue Book Services. | AUG 2 6 2015 | AUG 2 7 2015 17-19, 20 |
| 8 | Certified records relating to FPD, Inc. (complete) subpoenaed from Apollo Freight, Inc. | | |
| 9 | Certified records relating to FPD, Inc. from The Grape Guys. | AUG 2 5 2015 | AUG 2 5 2015 |
| 10 | Certified records relating to FPD, Inc. from the California Secretary of State. | | |
| 11 | Certified records relating to OLSEN from USDA. | | |
| 12 | Sales Jacket for Invoice# 60396 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 13 | Sales Jacket for Invoice# 60526 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 14 | Sales Jacket for Invoice# 60764 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 15 | Sales Jacket for Invoice# 61243 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 16 | Sales Jacket for Invoice# 62860 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 17 | Sales Jacket for Invoice# 63113 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 18 | Sales Jacket for Invoice# 63214 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 19 | Sales Jacket for Invoice# 63290 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 20 | Sales Jacket for Invoice# 63387 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 21 | Sales Jacket for Invoice# 63671 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 22 | Sales Jacket for Invoice# 63688 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 23 | Sales Jacket for Invoice# 63807 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 24 | Sales Jacket for Invoice# 63808 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 25 | Sales Jacket for Invoice# 64014 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 26 | Sales Jacket for Invoice# 64015 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 27 | Sales Jacket for Invoice# 64087 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 28 | Sales Jacket for Invoice# 64088 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 29 | Sales Jacket for Invoice# 64252 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 30 | Sales Jacket for Invoice# 64363 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 31 | Sales Jacket for Invoice# 64463 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 32 | Sales Jacket for Invoice# 64504 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 33 | Sales Jacket for Invoice# 64505 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 34 | Sales Jacket for Invoice# 64510 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 35 | Sales Jacket for Invoice# 64601 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 36 | Sales Jacket for Invoice# 64602 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 37 | Sales Jacket for Invoice# 64637 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 38 | Sales Jacket for Invoice# 64686 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 39 | Sales Jacket for Invoice# 64975 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 40 | Sales Jacket for Invoice# 64976 (Invoice, Passing and Bill of Lading). | AUG 2 5 2015 | AUG 2 5 2015 |
| 41 | Checks (8) received by Olsen in payment on FPD's account. | | |
| 42 | Summary of checks and invoices. | AUG 2 5 2015 | AUG 2 5 2015 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 43 | Emails between Dave Perez and Joseph Pisciotta. | AUG 2 5 2015 | AUG 2 5 2015 |
| 44 | Emails between Dave Perez and Robert Fairchild. | AUG 2 5 2015 | AUG 2 5 2015 |
| 45 | Omitted. | | |
| 46 | Emails from Sylvia Villegas to Joseph Pisciotta. | AUG 2 7 2015 | AUG 2 7 2015 |
| 47 | Dave Perez' email to Joseph Pisciotta/FPD, Inc. dated February 7, 2013. | | |
| 48 | Statement of Outstanding Invoices through 2/6/13 from OLSEN to FPD, Inc. | | |
| 49 | Chart prepared by Carla Dodd. | | |
| 50 | Olsen's informal PACA Complaint regarding FPD, Inc. | | |
| 51 | Joseph Balcom declaration dated August 7, 2014. | | |
| 52 | Manny Delas Alas declaration dated August 6, 2014. | | |

# TRIAL EXHIBIT LIST OF DEFENDANTS, COUNTERCLAIMANTS AND THIRD PARTY PLAINTIFFS, FPD, INC. AND JOSEPH BALCOM

Case Name: The Chuck Olsen Company, Inc. v. FPD, Inc.
USDC Case No.: CV13-5062-DMG
Trial Date: August 25, 2015

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 100 | Documents re 2010 Grape Guys transactions | AUG 26 2015 | AUG 26 2015 |
| 101 | Cashier's checks form J. Pisciotta | AUG 26 2015 | AUG 26 2015 |
| 102 | Emails between Olsen Co. and Pisciotta | | |
| 103 | Pisciotta earnings records | AUG 26 2015 | |
| 104 | Pisciotta bank records | AUG 26 2015 | AUG 26 2015 |
| 105 | Olsen internal email 2/7/13 | AUG 26 2015 | |
| 106 | Olsen statements 2/6/13 | | |
| 107 | Pisciotta Declaration | | |
| 108 | Olsen account statement 3/27/13 | AUG 27 2015 | AUG 27 2015 |
| 109 | Olsen account statement 4/1/13 | AUG 27 2015 | AUG 27 2015 |
| 110 | Olsen email to Balcom 2/11/13 | AUG 26 2015 | AUG 26 2015 |
| 111 | AMS Registration for Olsen | AUG 26 2015 | |
| 112 | AMS Registration for FPD, Inc. | | |
| 113 | Text messages between Perez and Pisciotta | AUG 26 2015 | AUG 26 2015 |
| 114 | Dave Perez email to Pisciotta dated 2/7/13 | AUG 26 2015 | AUG 26 2015 |
| 115 | Olsen Blue Book Listing | | |
| 116 | Olsen roster of Employees | | |
| 117 | Licensed agents of Olsen with CDFA | | |
| 118 | FPD Response to Olsen PACA Claim | | |
| 119 | FPD Denial of Olsen Claim | | |
| 120 | Records of Tulare County Sheriff | | |
| 121 | Olsen Profit Margin Summary | AUG 26 2015 | AUG 26 2015 |
| 122 | CV of Carla Dodd | | |
| 123 | CV of Robert Whitney | | |
| 124 | Report of Robert Whitney | | |
| 127 | Job Ledger Report | | |

Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
e-mail: pgorman@wctlaw.com
Attorneys for Plaintiff, The Chuck Olsen Company, Inc.
and Third Party Defendants Chuck Olsen and Dave Perez

Joseph P. DiVincenzo, Esq. (SBN 65649)
REMER, DIVINCENZO & GRIFFITH
2121 E. Pacific Coast Hwy., Ste. 280
Corona Del Mar, CA 92625
949-759-0781/949-759-0788
Email: j.divincenzo@rdgattorneys.com
Attorneys for Defendants, Counterclaimants and Third Party Plaintiffs
F.P.D., Inc. and Joseph Balcom

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>F.P.D., INC. a California corporation; and JOSEPH BALCOM, an individual<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: CV13-05062-DMG<br><br>**AMENDED JOINT WITNESS DISCLOSURE PURSUANT TO LOCAL RULE 16.5**<br><br>Pretrial Conference Date: July 28, 2015<br>Time: 2:00 p.m.<br>Ctrm: 7 – 2nd Floor<br>Judge: Dolly M. Gee<br><br>Trial: August 25, 2015 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and (B), and Local Rule 16.5, the parties identify the following witnesses who they expect to testify at trial. Pursuant to Local

1  Rule 16.5, witnesses marked with an asterisk(*) may be called by Plaintiff only if the need
2  arises.
3      PLAINTIFF IDENTIFY THE FOLLOWING WITNESSES:
4    1. Chuck Olsen – Chuck Olsen may be contacted through OLSEN's counsel of record;
5  WILD, CARTER & TIPTON. AUG 2 7 2015
6    2. Dave Perez – Dave Perez may be contacted through OLSEN's counsel of record,
7  WILD, CARTER & TIPTON. AUG 2 5 2015  AUG 2 6 2015
8    3. Jeff Olsen – Jeff Olsen may be contacted through OLSEN's counsel of record,
9  WILD, CARTER & TIPTON. AUG 2 7 2015
10   4. Sylvia Ann Villegas – Sylvia Ann Villegas may be contacted through OLSEN's
11  counsel of record, WILD, CARTER & TIPTON.
12   5. Tommie Sue Nunes (*) – Tommie Sue Nunes may be contacted through OLSEN's
13  counsel of record, WILD, CARTER & TIPTON.
14   6. Ashley McKenna (*) – Ashley McKenna may be contacted through OLSEN's
15  counsel of record, WILD, CARTER & TIPTON.
16   7. Carla Dodd (*) – 10439 Shellabarger Road, Bakersfield, CA 93312.
17   8. Joseph Balcolm. AUG 2 6 2015  AUG 2 7 2015
18   9. Ivo Skorin (*) – HPL-APOLLO, LLC, 5330 W. 102nd Street, Los Angeles, CA
19  90045 AUG 2 6 2015
20   10. Deputy Alejandro Bocanegra (*) – Los Angeles County Sheriff's Department,
21  21356 S. Avalon, Carson, CA 90745.
22   11. Joseph Pisciotta, (by Declaration).
23
24  F.P.D., INC. AND JOSEPH BALCOM IDENTIFIES THE FOLLOWING WITNESSES:
25
26   1.   Joseph Balcom, President of FPD, Inc., contact through Joseph DiVincenzo, Esq.,
27   2.   Chuck Olsen, President of The Chuck Olsen Company, Inc., contact through
28       Olsen's counsel of record, Wild, Carter & Tipton;

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

3. Jeff Olsen, of The Chuck Olsen Company, Inc., contact through Olsen's counsel of record, Wild, Carter & Tipton;

4. David Perez, of The Chuck Olsen Company, Inc., contact through Olsen's counsel of record, Wild, Carter & Tipton;

5. Sylvia Villegas, accounting at The Chuck Olsen Company, Inc., contact through Olsen's counsel of record, Wild, Carter & Tipton;

6. Emmanuel Delas Alas, of FPD, Inc., contact through Joseph DiVincenzo, Esq.,

7. Joseph Pisciotta, Third Party Defendant, 300 San Juan Avenue #5 Venice, CA 90291,

8. Jim Johnson, of FPD, Inc., contact through Joseph DiVincenzo, Esq.,

9. Robert Fairchild, of FPD, Inc., contact through Joseph DiVincenzo, Esq.,

10. Luis Alday; Alday Produce, 746 Market Ct., Ste. 41-42, Los Angeles, CA 90021

11. Robert Whitney, contact through Joseph DiVincenzo, Esq.;

12. Tommie Sue Nunes- contact through Olsen's counsel of record, Wild, Carter & Tipton;

13. Ashley McKenna- contact through Olsen's counsel of record, Wild, Carter & Tipton;

14. Ivo Skorin – HPL-Appollo, LLC, 5330 W. 102nd St., Los Angeles, CA 90045;

15. Deputy Alejandro Bocanegra- Los Angeles County Sheriff's Department, 21356 S. Avalon, Carson, CA 90745; and,

16. Tulare County Sheriff's deputies, Visalia, California.

17. Ernie Colton, contact through Joseph P. DiVincenzo, Esq.,

18. Robert Pisciotta, Colorado Springs, Colorado;

19. Lisa Balcom, contact through Joseph P. DiVincenzo, Esq.,

20. Rebuttal and response witnesses.

Dated: July ____, 2015
               WILD, CARTER & TIPTON

_____
PATRICK J. GORMAN
Attorneys for The Chuck Olsen Company,
Inc., Dave Perez and Chuck Olsen

Dated: July 7, 2015
               REMER, DIVINCENZO & GRIFFITH

_____
JOSEPH P. DIVINCENZO
Attorneys for F.P.D., Inc. and Joseph Balcom

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131