UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

```
FILED
CLERK, U.S. DISTRICT COURT

August 28, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:      KT        DEPUTY
```

| | |
|---|---|
| THE CHUCK OLSEN CO., INC.,                 ) | CASE NO.: CV 13-5062-DMG (Ex) |
|                 Plaintiff.                                ) | |
|                                                              ) | NOTE # __1__    FROM THE JURY |
|       vs.                                                  ) | |
|                                                              ) | **REDACTED AS TO THE** |
| F.P.D., INC., ET AL.,                             ) | **FOREPERSON'S NAME** |
|                                                              ) | |
|                 Defendants,                          ) | |

_____  The jury has reached a unanimous verdict.

_____  The jury advises the Court of the following:

_____  The jury requests the following:

Juror #2 Foreperson
We are willing to stay until 6 PM

Dated: 8/28/2015          Signed ▮▮▮▮▮▮▮▮▮▮