FILED
CLERK, U.S. DISTRICT COURT

August 28, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: KT  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## JURY NOTE

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., ) | CASE NO.: CV 13-5062-DMG (Ex) |
| Plaintiff. ) | |
| ) | NOTE # 2    FROM THE JURY |
| vs. ) | |
| F.P.D., INC., ET AL., ) | **REDACTED AS TO THE FOREPERSON'S NAME** |
| Defendants, ) | |

____ The jury has reached a unanimous verdict.

____ The jury advises the Court of the following:

_X_ The jury requests the following:

Is it possible to get 8 copies of Ex 42 pg 1?
Can we get a calculator?
Are we still responsible for the counter suit?

Dated: 8/28/2015        Signed: [REDACTED]

## The Chuck Olsen Co., Inc. v. F.P.D., Inc., et al.

Case No. CV 13-5062 DMG (Ex)

The Court's Response to Juror Note # 2:

1. The Court will provide the jurors with eight copies of Exhibit 42, p. 1.
2. The Court will provide the jurors with a calculator.
3. The jurors are not responsible for making any determination as to the countersuit. The jurors are responsible only for the questions set forth on the Verdict Form.