UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

```
FILED
CLERK, U.S. DISTRICT COURT
August 28, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY
```

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., ) | CASE NO.: CV 13-5062-DMG (Ex) |
| Plaintiff. ) | |
| ) | NOTE # __3__   FROM THE JURY |
| vs. ) | |
| F.P.D., INC., ET AL., ) | **REDACTED AS TO THE FOREPERSON'S NAME** |
| Defendants, ) | |

__X__  The jury has reached a unanimous verdict.

_____  The jury advises the Court of the following:

_____  The jury requests the following:

_____
_____
_____
_____
_____
_____
_____

Dated: 8/28/2015     Signed: ■■■■■■■■