Case 2:13-cv-05062-DMG-E   Document 141   Filed 08/28/15   Page 1 of 1   Page ID #:1748

CV 13-5062-DMG

FILED
August 28, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: KT DEPUTY

1. The Chuck Olsen Co., Inc. ("Olsen Co.") is a California corporation engaged in the business of marketing and selling perishable agricultural commodities in interstate and foreign commerce.

2. Olsen Co. is the holder of a license issued by the United States Department of Agriculture, PACA Branch, License No. 20031451.

3. F.P.D., Inc. ("FPD") is a California corporation engaged in the business of marketing and selling perishable agricultural commodities in interstate and foreign commerce.

4. FPD is the holder of a license issued by United States Department of Agriculture, PACA Branch, License No. 20020371.

5. Joseph Balcom is the President of FPD

6. Joseph Balcom is the sole shareholder of FPD.

7. During the period from September 24, 2003 until February 8, 2013, Joseph Pisciotta was an employee of FPD.

8. FPD is the holder of a Dealer, Broker, Commission Merchant License, No. H13180, issued by the California Department of Food and Agriculture Market Enforcement Branch. Olsen Co. holds the same type of license from the CDFA.

9. During the period from January 1, 2010 through February 1, 2013, FPD maintained a listing in Blue Book Services, Blue Book Member No. 142049. Olsen Co. also maintained a listing in the Blue Book Services, during the same time period.

10. In 2010, FPD purchased and paid for more than $600,000.00 worth of table grapes from The Grape Guys.

11 During the period from June 1, 2012 through February 1, 2013, FPD's mailing address was 1065 E. Walnut Street, Suite A, Carson, California 90746.

12. There was no written agreement between Olsen Co. and FPD extending payment terms beyond 30 days.

13. Joseph Pisciotta's employment with FPD was terminated on February 8, 2013.