FILED
CLERK, U.S. DISTRICT COURT
August 28, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: KT DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN COMPANY, INC., <br> Plaintiff, <br> v. <br> FPD INC. and JOSEPH BALCOM, <br> Defendants. | Case No. CV 13-05062-DMG (Ex) <br><br> **VERDICT FORM** <br><br> **REDACTED AS TO THE FOREPERSON'S NAME** |

We, the jury in the above-entitled action, find as follows:

1. On Plaintiff The Chuck Olsen Company, Inc.'s claim for breach of contract against Defendant FPD Inc.: (choose one)

    __X__ we find in favor of The Chuck Olsen Company and against FPD Inc.

    _____ we find in favor of FPD and against Chuck Olsen Co.

If you found in favor of The Chuck Olsen Company in response to question no. 1, answer question no. 2. If you found in favor of FPD Inc., skip question no.2.

2. Having found in favor of Plaintiff The Chuck Olsen Company in response to question no. 1, we award The Chuck Olsen Company the following damages against FPD Inc.:

$ 201,422.00

DATED: 8/28/2015