FILED
CLERK, U.S. DISTRICT COURT

August 28, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Chuck Olsen Co., Inc.,<br><br>PLAINTIFF(S),<br>v.<br><br>F.P.D., Inc., et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 13-5062-DMG (Ex)<br><br>**RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the __joint__ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

X 8/28/15
Date

☩ PATRICK J. GORMAN
Counsel for: ☒ Plaintiff ☐ Defendant ☐ The Chuck Olsen Co., Inc.,

_[signature]_                (559) 224-2131
Signature                     Telephone Number

X 8/28/15
Date

Joseph P. DiVincenzo
Counsel for: ☐ Plaintiff ☒ Defendant ☐ F.P.D., Inc., et al.,

_[signature]_                949-759-0781
Signature                     Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

8/28/15
Date

Clerk, U. S. District Court
By _[signature]_
Deputy Clerk

cc: Judge     Exhibits Custodian     Counsel Signing Document

G-38 (11/09)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING