EXHIBIT "B"

  

P.O. Box 6487
Visalia, CA 93290-6487

Office (559) 651-5900
Fax (559) 651-8350

# INVOICE

| | |
|---|---|
| INVOICE NO.: | 60764 |
| INVOICE DATE: | 7/12/2012 |
| PAYMENT TERMS: | NET 21 |
| SHIPPING DATE: | 7/10/2012 |
| SHIPPED FROM: | SHIP POINT |
| FREIGHT TERMS: | FOB |

BUYER I.D.: F.P.D.   PO#: 66812

SOLD TO: F.P.D.
1065 E WALNUT ST., STE A
CARSON CA  90746-1378

SHIP TO: F.P.D.

LOS ANGELES CA

OUR ORDER NO.: 60764   SALESMAN: DAVE PEREZ
BROKER:

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: 60764

| | | | | |
|---|---|---|---|---|
| GLOBE GRAPES MEXICO | 90 | 17.00 | CTN | 1530.00 |

**NO DEDUCTIONS WITHOUT PRIOR AUTHORIZATION.**
All sales FOB no grade contracts. PACA good delivery standards apply.
Finance charges will accrue on any past due balance at the rate of 1½% per month (18% per annum).
This invoice may be subject to a promotional allowance or rebate.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5
of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust
claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables
or proceeds from the sale of these commodities until full payment is received.
In the event legal action is commenced to collect the sums due under the terms of this invoice, the prevailing party shall be
entitled to recover all court costs and reasonable attorney fees incurred thereby as damages in addition to any principal
balance then remaining due.
TERMS: Net 10 days. All shipments based on good delivery standards. All claims or allowances must be substantiated by
U.S.D.A. inspection and a temperature recording device record. This invoice is deemed accurate. Any discrepancies must
be brought to the attention of The Chuck Olsen Co. within 24 hours of receipt.
PLEASE RETURN ONE COPY OF INVOICE WITH REMITTANCE.

| 90 | 1530.00 |
|---|---|

Exhibit 14 Page 2