# UNITED STATES DISTRICT COURT

Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

The Chuck Olsen Company, Inc.

v.                                    Case Number:  13-CV-05062-DMG

FPD, Inc. and Joseph Balcom

---

Judgment was entered in this action on  11/23/2015  /  152  against  Joseph Pisciotta, FPD, Inc. and Joseph Balcom *  .
                                        Date        Docket No.

   **\*motion pending, court to determine prevailing party**

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 ......................................................................................... | |
| Fees for service of process: see L.R. 54-3.2........................................................... | $1,325.04 |
| United States Marshal's fees: see L.R. 54-3.3 ....................................................... | |
| Reporter's transcripts: see L.R. 54-3.4................................................................... | $3,632.98 |
| Depositions: see L.R. 54-3.5 ................................................................................. | |
| Witness fees (itemize on page 2): see L.R. 54-3.6 ................................................ | |
| Interpreter's and translator's fees: see L.R. 54-3.7 ............................................. | |
| Docket fees: see L.R. 54-3.8................................................................................... | |
| Masters, commissioners and receivers: see L.R. 54-3.9 ...................................... | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10..... | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 ..................................... | |
| Other Costs: see L.R. 54-3.12 (attach court order) .............................................. | |
| State Court costs: see L.R. 54-3.13 ........................................................................ | |
| Costs on appeal: see L.R. 54-4 .............................................................................. | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 ........................ | |
| **TOTAL** | $4,958.02 |

<u>**NOTE:**</u> **You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.**

## DECLARATION

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System

☐ Conventional service by first class mail

☐ Other _____

_____           Joseph P. DiVincenzo, Esq.
Signature                                  Print Name

Attorney for: Defendants, FPD, Inc. and Joseph Balcom _____

Costs are taxed in the amount of  $4,958.02 _____

                        By: _____
_____        _____     _____
Clerk of Court              Deputy Clerk                    Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)

# PROCESS SERVICE FEES

Detail Cost Transaction File List

| Client | Trans Date | Tmk | H P | Tcd | Rate | Amount | | Ref # | |
|---|---|---|---|---|---|---|---|---|---|

**Client ID 8117.000 FPD, Inc.**

| Client | Trans Date | Tmk | H P | Tcd | Rate | Amount | Description | Ref # | |
|---|---|---|---|---|---|---|---|---|---|
| 8117.000 | 03/06/2013 | 1 | A | 23 | | 18.54 | Costs Advanced - Expense - Golden State Overnight Delivery Client | ARCH | |
| 8117.000 | 03/06/2013 | 1 | A | 23 | | 49.40 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 04/08/2013 | 1 | A | 23 | | 79.80 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 04/15/2013 | 1 | A | 23 | | 34.42 | Costs Advanced - Expense - Golden State Overnight Delivery Service - The Hartford Phoenix | ARCH | |
| 8117.000 | 04/15/2013 | 1 | A | 23 | | 45.60 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 05/16/2013 | 1 | A | 23 | | 9.40 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 08/16/2013 | 1 | A | 23 | | 18.37 | Costs Advanced - Expense - Golden State Overnight Delivery - USDA PACA Division | ARCH | |
| 8117.000 | 09/20/2013 | 1 | A | 23 | | 25.00 | Costs Advanced - Expense - First Legal Attorney Service - US District Court Los Angeles - Delivery | ARCH | |
| 8117.000 | 10/04/2013 | 1 | A | 23 | | 12.00 | Costs Advanced - Expense - Copying Costs | ARCH | |
| 8117.000 | 10/24/2013 | 1 | A | 23 | — | 25.00 | Costs Advanced - Expense - First Legal Attorney Service - US District Court Los Angeles Filing Fee | ARCH | ① |
| 8117.000 | 11/11/2013 | 1 | A | 23 | | 25.00 | Costs Advanced - Expense - First Legal Attorney Service - US District Court Los Angeles - Delivery Fee | ARCH | |
| 8117.000 | 11/14/2013 | 1 | A | 23 | | 13.95 | Costs Advanced - Expense - Golden State Overnight Delivery Service - United States District Court | ARCH | |
| 8117.000 | 02/10/2014 | 1 | A | 23 | | 2500.00 | Costs Advanced - Expense - Best, Best & Krieger - Mediation Fees | ARCH | |
| 8117.000 | 02/11/2014 | 1 | A | 23 | — | 14.19 | Costs Advanced - Expense - Golden State Overnight Delivery - Joe Pisciotta | ARCH | ② |
| 8117.000 | 02/12/2014 | 1 | A | 23 | — | 765.11 | Costs Advanced - Expense - First Legal Attorney Service - Joseph Pisciotta - Service Fee | ARCH | ② |
| 8117.000 | 02/13/2014 | 1 | A | 23 | | 10.20 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 03/11/2014 | 1 | A | 23 | | 16.20 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 03/11/2014 | 1 | A | 23 | | 480.00 | Costs Advanced - Expense - First Legal Attorney Service - US District Court - Los Angeles | ARCH | |
| 8117.000 | 03/17/2014 | 1 | A | 23 | — | 14.19 | Costs Advanced - Expense - Golden State Overnight Delivery - Mr. Joseph Pisciotta | ARCH | |
| 8117.000 | 04/25/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery - United States District Court | ARCH | |
| 8117.000 | 04/25/2014 | 1 | A | 23 | | 8.40 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 05/05/2014 | 1 | A | 23 | | 20.96 | Costs Advanced - Expense - Golden State Overnight Delivery - Wild, Carter & Tipton | ARCH | |
| 8117.000 | 05/08/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery - Wild, Carter & Tipton | ARCH | |
| 8117.000 | 05/08/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery - Foley, Bezek, Behile & Curtis, LLP | ARCH | |
| 8117.000 | 06/02/2014 | 1 | A | 23 | | 36.25 | Costs Advanced - Expense - First Legal Attorney Service - US District Court Los Angeles - Courtesy Delivery Judge | ARCH | |
| 8117.000 | 06/03/2014 | 1 | A | 23 | | 46.80 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 06/04/2014 | 1 | A | 23 | — | 128.35 | Costs Advanced - Expense - First Legal Attorney Service - Alday's Produce - Process Fee | ARCH | ② |
| 8117.000 | 06/11/2014 | 1 | A | 23 | | 37.50 | Costs Advanced - Expense - 707 Wilshire Fee LLC - Los Angeles CA | ARCH | |
| 8117.000 | 06/16/2014 | 1 | A | 23 | — | 1573.65 | Costs Advanced - Expense - Veritext Deposition - Floyd Charles Olsen, Deposition - Sylvia Villegas | ARCH | 3 |
| 8117.000 | 06/17/2014 | 1 | A | 23 | — | 1624.35 | Costs Advanced - Expense - Veritext - Deposition - David Perez, Deposition - Wayne Olsen | ARCH | 3 |
| 8117.000 | 06/18/2014 | 1 | A | 23 | | 33.40 | Costs Advanced - Expense - Copying Costs | ARCH | · 4 |
| 8117.000 | 06/19/2014 | 1 | A | 23 | | 74.20 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 06/19/2014 | 1 | A | 23 | | 434.98 | Costs Advanced - Expense - Marriott Bakersfield, CA | ARCH | 3 |
| 8117.000 | 06/23/2014 | 1 | A | 23 | | 25.07 | Costs Advanced - Expense - Golden State Overnight Delivery Bishop Barry Drath | ARCH | |
| 8117.000 | 06/26/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery United States District Court | ARCH | |
| 8117.000 | 07/22/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery Service to United States District Court LA | ARCH | |
| 8117.000 | 07/25/2014 | 1 | A | 23 | — | 150.00 | Costs Advanced - Expense - The Argonaut Newspaper - Summons | ARCH | 2 |
| 8117.000 | 08/08/2014 | 1 | A | 23 | — | 67.70 | Costs Advanced - Expense - Eddings Attorney Support Services, Inc. - Service Fee - Inv# E122921-1 | ARCH | 2 |

**Detail Cost Transaction File List**

Page: 2

| Client | Trans Date | Tmk | H P | Tcd | Rate | Amount | | Ref # | |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 8117.000 FPD, Inc.** | | | | | | | | | |
| 8117.000 | 08/08/2014 | 1 | A | 23 | | 68.40 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 08/08/2014 | 1 | A | 23 | | 20.96 | Costs Advanced - Expense - Golden State Overnight Delivery US District Court | ARCH | |
| 8117.000 | 08/08/2014 | 1 | A | 23 | | 20.96 | Costs Advanced - Expense - Golden State Overnight Delivery - Wild, Carter & Tipton | ARCH | |
| 8117.000 | 08/08/2014 | 1 | A | 23 | | 20.96 | Costs Advanced - Expense - Golden State Overnight Delivery - Foley Bezek Behle & Curtis, LLP | ARCH | |
| 8117.000 | 08/15/2014 | 1 | A | 23 | | 14.40 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 08/26/2014 | 1 | A | 23 | | 27.60 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 08/26/2014 | 1 | A | 23 | | 20.25 | Costs Advanced - Expense - Golden State Overnight Delivery - US District Court | ARCH | |
| 8117.000 | 09/05/2014 | 1 | A | 23 | | 14.19 | Costs Advanced - Expense - Golden State Overnight Delivery - US District Court | ARCH | |
| 8117.000 | 09/11/2014 | 1 | A | 23 | | 5.00 | Costs Advanced - Expense - Copying Costs | ARCH | |
| 8117.000 | 09/16/2014 | 1 | A | 23 | | 14.19 | Costs Advanced - Expense - Golden State Overnight Delivery - US District Court | ARCH | |
| 8117.000 | 09/18/2014 | 1 | A | 23 | | 14.19 | Costs Advanced - Expense - Golden State Overnight Delivery - US District Court | ARCH | |
| 8117.000 | 10/24/2014 | 1 | A | 23 | | 14.19 | Costs Advanced - Expense - Golden State Overnight Delivery - US District Court | ARCH | |
| 8117.000 | 12/19/2014 | 1 | A | 23 | | 25.20 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 12/22/2014 | 1 | U | 23 | | 9.38 | Costs Advanced - Expense - ABR Onsite Svcs Figueroa Los Angeles | 56 | |
| 8117.000 | 01/21/2015 | 1 | A | 23 | | 5.40 | Costs Advanced - Expense - Copying Costs | ARCH | |
| 8117.000 | 04/14/2015 | 1 | U | 23 | | 13.74 | Costs Advanced - Expense - Golden State Overnight Delivery - United States District Court - Central District | 57 | |
| 8117.000 | 06/24/2015 | 1 | U | 23 | | 86.00 | Costs Advanced - Expense - Court Call - LA Superior Court Compton - Judge William Barry | 58 | |
| 8117.000 | 07/02/2015 | 1 | U | 23 | | 9.20 | Costs Advanced - Expense - Copying Costs | 61 | |
| 8117.000 | 07/07/2015 | 1 | U | 23 | | 13.74 | Costs Advanced - Expense - Golden State Overnight Delivery - US District Court | 60 | |
| 8117.000 | 07/07/2015 | 1 | U | 23 | | 22.40 | Costs Advanced - Expense - Copying Costs | 62 | 4 |
| 8117.000 | 07/10/2015 | 1 | U | 23 | | ✓ 185.50 | Costs Advanced - Expense - First Legal Attorney Service - Tulare County Sheriff | 59 | 2 |
| 8117.000 | 07/28/2015 | 1 | U | 23 | | 20.00 | Costs Advanced - Expense - Copying Costs | 63 | 4 |
| 8117.000 | 07/28/2015 | 1 | U | 23 | | 16.00 | Costs Advanced - Expense - Civic Center Parking Los Angels | 65 | |
| 8117.000 | 08/12/2015 | 1 | U | 23 | | 5.00 | Costs Advanced - Expense - Copying Costs | 64 | 4 |
| 8117.000 | 08/21/2015 | 1 | U | 23 | | 10.60 | Costs Advanced - Expense - Copying Costs | 66 | 4 |
| 8117.000 | 08/24/2015 | 1 | U | 23 | | 123.80 | Costs Advanced - Expense - Copying Costs | 67 | 4 |
| 8117.000 | 08/30/2015 | 1 | P | 23 | | 1537.28 | Costs Advanced - Expense - Doubletree Hotel Los Angeles CA | 68 | |

| Total for Client ID 8117.000 | Billable | 10827.61 | FPD, Inc. |
|---|---|---|---|
| | | | adv. The Chuck Olsen Company |

---

### GRAND TOTALS

Billable   10827.61

# DEPOSITIONS

**Detail Cost Transaction File List**

Page 2

| Client | Trans Date | Tmk | H P | Tcd | Rate | Amount | | Ref # | |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 8117.000 FPD, Inc.** | | | | | | | | | |
| 8117.000 | 03/06/2013 | 1 | A | 23 | | 18.54 | Costs Advanced - Expense - Golden State Overnight Delivery Client | ARCH | |
| 8117.000 | 03/06/2013 | 1 | A | 23 | | 49.40 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 04/08/2013 | 1 | A | 23 | | 79.80 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 04/15/2013 | 1 | A | 23 | | 34.42 | Costs Advanced - Expense - Golden State Overnight Delivery Service - The Hartford Phoenix | ARCH | |
| 8117.000 | 04/15/2013 | 1 | A | 23 | | 45.60 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 05/16/2013 | 1 | A | 23 | | 9.40 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 08/16/2013 | 1 | A | 23 | | 18.37 | Costs Advanced - Expense - Golden State Overnight Delivery - USDA PACA Division | ARCH | |
| 8117.000 | 09/20/2013 | 1 | A | 23 | | 25.00 | Costs Advanced - Expense - First Legal Attorney Service - US District Court Los Angeles - Delivery | ARCH | |
| 8117.000 | 10/04/2013 | 1 | A | 23 | | 12.00 | Costs Advanced - Expense - Copying Costs | ARCH | |
| 8117.000 | 10/24/2013 | 1 | A | 23 | — | 25.00 | Costs Advanced - Expense - First Legal Attorney Service - US District Court Los Angeles Filing Fee | ARCH | ① |
| 8117.000 | 11/11/2013 | 1 | A | 23 | | 25.00 | Costs Advanced - Expense - First Legal Attorney Service - US District Court Los Angeles - Delivery Fee | ARCH | |
| 8117.000 | 11/14/2013 | 1 | A | 23 | | 13.95 | Costs Advanced - Expense - Golden State Overnight Delivery Service - United States District Court | ARCH | |
| 8117.000 | 02/10/2014 | 1 | A | 23 | | 2500.00 | Costs Advanced - Expense - Best, Best & Krieger - Mediation Fees | ARCH | |
| 8117.000 | 02/11/2014 | 1 | A | 23 | — | 14.19 | Costs Advanced - Expense - Golden State Overnight Delivery - Joe Pisciotta | ARCH | ② |
| 8117.000 | 02/12/2014 | 1 | A | 23 | — | 765.11 | Costs Advanced - Expense - First Legal Attorney Service - Joseph Pisciotta - Service Fee | ARCH | ② |
| 8117.000 | 02/13/2014 | 1 | A | 23 | | 10.20 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 03/11/2014 | 1 | A | 23 | | 16.20 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 03/11/2014 | 1 | A | 23 | | 480.00 | Costs Advanced - Expense - First Legal Attorney Service - US District Court - Los Angeles | ARCH | |
| 8117.000 | 03/17/2014 | 1 | A | 23 | — | 14.19 | Costs Advanced - Expense - Golden State Overnight Delivery - Mr. Joseph Pisciotta | ARCH | |
| 8117.000 | 04/25/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery - United States District Court | ARCH | |
| 8117.000 | 04/25/2014 | 1 | A | 23 | | 8.40 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 05/05/2014 | 1 | A | 23 | | 20.96 | Costs Advanced - Expense - Golden State Overnight Delivery - Wild, Carter & Tipton | ARCH | |
| 8117.000 | 05/08/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery - Wild, Carter & Tipton | ARCH | |
| 8117.000 | 05/08/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery - Foley, Bezek, Behile & Curtis, LLP | ARCH | |
| 8117.000 | 06/02/2014 | 1 | A | 23 | | 36.25 | Costs Advanced - Expense - First Legal Attorney Service - US District Court Los Angeles - Courtesy Delivery Judge | ARCH | |
| 8117.000 | 06/03/2014 | 1 | A | 23 | | 46.80 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 06/04/2014 | 1 | A | 23 | — | 128.35 | Costs Advanced - Expense - First Legal Attorney Service - Alday's Produce - Process Fee | ARCH | ② |
| 8117.000 | 06/11/2014 | 1 | A | 23 | | 37.50 | Costs Advanced - Expense - 707 Wilshire Fee LLC - Los Angeles CA | ARCH | |
| 8117.000 | 06/16/2014 | 1 | A | 23 | — | 1573.65 | Costs Advanced - Expense - Veritext Deposition - Floyd Charles Olsen, Deposition - Sylvia Villegas | ARCH | 3 |
| 8117.000 | 06/17/2014 | 1 | A | 23 | — | 1624.35 | Costs Advanced - Expense - Veritext - Deposition - David Perez, Deposition - Wayne Olsen | ARCH | 3 |
| 8117.000 | 06/18/2014 | 1 | A | 23 | | 33.40 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 06/19/2014 | 1 | A | 23 | | 74.20 | Costs Advanced - Expense - Copying Costs | ARCH | 4 |
| 8117.000 | 06/19/2014 | 1 | A | 23 | | 434.98 | Costs Advanced - Expense - Marriott Bakersfield, CA | ARCH | 3 |
| 8117.000 | 06/23/2014 | 1 | A | 23 | | 25.07 | Costs Advanced - Expense - Golden State Overnight Delivery Bishop Barry Drath | ARCH | |
| 8117.000 | 06/26/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery  United States District Court | ARCH | |
| 8117.000 | 07/22/2014 | 1 | A | 23 | | 14.22 | Costs Advanced - Expense - Golden State Overnight Delivery Service to United States District Court LA | ARCH | |
| 8117.000 | 07/25/2014 | 1 | A | 23 | — | 150.00 | Costs Advanced - Expense - The Argonaut Newspaper - Summons | ARCH | 2 |
| 8117.000 | 08/08/2014 | 1 | A | 23 | — | 67.70 | Costs Advanced - Expense - Eddings Attorney Support Services, Inc. - Service Fee - Inv# E122921-1 | ARCH | 2 |

**PROOF OF SERVICE**

The Chuck Olsen Co. V. FPD, Inc.

STATE OF CALIFORNIA, COUNTY OF ORANGE

1   I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2121 E. Coast Highway, Suite 280, Corona del Mar, California 92625.

2

3       On **December 7, 2015**, I caused to be served the foregoing document(s) described as **BILL OF COSTS** on the interested parties in this action by electronically filing this document, if required by the court in its Electronic Case Filing Program, and/or by placing the true and correct copies

4   thereof enclosed in sealed envelopes as addressed as follows:

5   [ ]   **BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it is deposited with U.S. postal service on

6         that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postage cancellation date

7         or postage meter date is more than one day after date of deposit for mailing in affidavit as follows:

8

9   [ ]   **BY OVERNIGHT MAIL:** I delivered a copy of this document(s) to an authorized courier or driver authorized by Golden State Overnight, an express service carrier to receive

10        documents, in an envelope or package designated by Golden State Overnight with delivery fees paid or provided.

11  [ ]    **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the office's

12        of the addressee.

13  [ ]   **BY ELECTRONIC TRANSFER/VIA FACSIMILE:** I caused all of the pages of the above-entitled document(s) to be sent to the recipients noted via electronic transfer (FAX)

14        at the respective  facsimile numbers indicated.

15  [ ]   **BY ELECTRONIC TRANSMISSION**: I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail

16        address(es) where indicated.

17  [ x]   **BY ELECTRONIC TRANSMISSION/COURT**: I transmitted a PDF version of this document by electronic mail to the party(s) identified on the service list using the e-mail

18        address(es) and procedure provided pursuant to the Court's Electronic Filing Notification System as follows:

19
20
| Patrick J. Gorman, Esq. | Robert A. Curtis, Esq. |
|---|---|
| WILD, CARTER & TIPTON | FOLEY, BEZEK BEHLE & CURTIS, LLP |
| 246 West Shaw Avenue | 15 W. Carrillo St. |
| Fresno, CA 93704 | Santa Barbara, CA 93101 |
| 559-224-2131 | 805-962-9495 Phone |
| 559-229-7295 | 805-962-0722 Fax |
| pgorman@wctlaw.com | rcurtis@foleybezek.com |
| Counsel for The Chuck Olsen Company, | |
| Chuck Olsen, Dave Perez | |

25      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **December 7, 2015**, at Corona del Mar, California.

26
                                    _Renee M Bell_
27                                  Renee M. Bell

28