# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., | Case No. CV 13-5062-DMG (Ex) |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| F.P.D., INC., et al. | |
| Defendants. | |

Having on this date issued an order granting in part Plaintiff's Motion to Amend/Correct Judgment [Doc. # 187], the Judgment [Doc. # 152] filed and entered on November 23, 2015 is vacated and superseded as follows:

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff The Chuck Olsen Co., Inc. shall recover of Defendant F.P.D., Inc., the principal amount of $201,422.00 plus prejudgment interest in the amount of $101,117.94, for a total judgment in the sum of $302,539.94;

2. A trust pursuant to the Perishable Agricultural Commodities Act, 7 U.S.C. §§ 499a, et seq., is hereby imposed upon Defendant F.P.D., Inc. such that Defendant F.P.D., Inc. holds its assets for the benefit of, and to pay the sum of $302,539.94 to, Plaintiff The Chuck Olsen Co., Inc.

3. As the Court has issued its Order granting Third Party Plaintiffs' Motion for Default Judgment, Third-Party Plaintiffs F.P.D., Inc. and Joseph Balcom shall recover of Third-Party Defendant Joseph Pisciotta the sum of $201,422.00.

DATED: March 1, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE